UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BUREAU OF LAND MANAGEMENT OF THE U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00103-LRH-CLB<br><br>*and related case* |
| BARTELL RANCH LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>ESTER M. MCCULLOUGH, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00080-MMD-CLB<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:21-cv-00103-LRH-CLB is reassigned to Chief District Judge Miranda M. Du and Magistrate Judge Carla L. Baldwin, and all future pleadings must bear case number 3:21-cv-00103-MMD-CLB.

DATED THIS 2nd Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE