O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468

*Local Counsel for Plaintiffs*

DOMINIC M. CAROLLO (Or. Bar. No. 093057)
[*Pro Hac Vice*]
dcarollo@carollolegal.com
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
Ph: (541) 957-5900
Fax: (541) 957-5923

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| **BARTELL RANCH, LLC,** a Nevada limited liability company and **EDWARD BARTELL**, | ) ) ) ) | Case No. 3:21-cv-00080 |
| Plaintiffs, | ) ) ) | **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO LITHIUM NEVADA CORP.'S MOTION TO INTERVENE** |
| v. | ) ) | |
| **ESTER M. MCCULLOUGH**, Winnemucca District Manager, Bureau of Land Management, **BUREAU OF LAND MANAGEMENT**, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Page **1** of **2** – PLAINTIFFS' NOTICE OF NON-OPPOSITION TO LITHIUM NEVADA CORP.'S MOTION TO INTERVENE

Plaintiffs Bartell Ranch, LLC, and Edward Bartell ("Plaintiffs") hereby files notice that it does not oppose Lithium Nevada Corp.'s Motion to Intervene (ECF No. 11) and appear in this action as Defendant-Intervenor.

In not opposing Lithium Nevada Corp.'s Motion to Intervene, Plaintiffs reserve the right to challenge, object to or otherwise address the allegations and factual issues raised in the Declaration of Jonathan Evans (ECF No. 11, Exhibit 2), submitted in Support of Lithium Nevada Corp.'s Motion to Intervene, with respect to future proceeding in this case.

Respectfully submitted this 25th day of March, 2021.

/s/ Dominic M. Carollo_____
**Dominic M. Carollo** (Or. Bar. No. 093057)
[*Pro Hac Vice*]
dcarollo@carollolegal.com
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
Ph: (541) 957-5900
Fax: (541) 957-5923

*Attorneys for Plaintiffs*