Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq (SBN 13922)
HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq (Wyo. Bar No. 6-3825)
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor-Applicant Lithium Nevada Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH, LLC, a Nevada limited liability company and EDWARD BARTELL,<br><br>   Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, Winnemucca District Manager, Bureau of Land Management; BUREAU OF LAND MANAGEMENT,<br><br>   Defendants,<br><br>and<br><br>LITHIUM NEVADA CORP.,<br><br>   Defendant-Intervenor-Applicant. | **Case No. 3:21-cv-00080-MMD-CLB**<br><br>**LITHIUM NEVADA CORP.'S REPLY IN SUPPORT OF MOTION TO INTERVENE** |

1

Lithium Nevada Corp. ("Lithium Nevada") hereby replies in support of its motion for leave to intervene as a defendant in the above-captioned action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), or, in the alternative, pursuant to Fed. R. Civ. P. 24(b) (the "Motion"). As noted in the Motion, Federal Defendants have indicated to counsel for Lithium Nevada that they take no position on the Motion. Consistent with that, the March 29, 2021, deadline for filing a response to the Motion has expired and the Federal Defendants have not filed any opposition. Further, Plaintiffs filed a notice of non-opposition to the Motion on March 25, 2021. *See* ECF No. 17. Accordingly, Lithium Nevada understands the Motion to be unopposed and has attached a proposed order hereto as Exhibit 1 for the Court's consideration, in accordance with U.S. District Judge Miranda M. Du's Civil Standing Order No. 1, dated April 24, 2018.

DATED this 1st day of April, 2021.

By: /s/ Laura K. Granier
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq
(Wyo. Bar No. 6-3825)
*Admitted Pro Hac Vice*
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor-Applicant*
*Lithium Nevada Corp.*

**Certificate of Service**

I hereby certify that on April 1, 2021, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

/s/ *Laura K. Granier*
Laura K. Granier, Esq (SBN 7357)

# EXHIBIT INDEX

| EXHIBIT | DESCRIPTION | # OF PAGES |
|---|---|---|
| 1 | [Proposed] Order Granting Lithium Nevada Corp.'s Motion to Intervene | 2 |

16499162_v1