# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTELL RANCH, LLC, *et al.*,

    Plaintiffs,

v.

ESTER M. MCCULLOUGH, *et al.*,

    Defendants

and

LITHIUM NEVADA CORP.

    Defendant-Intervenor

Case No. 3:21-cv-80-MMD-CLB

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

For good cause shown, Federal Defendants' unopposed motion for a one-week extension of the deadline to respond to Plaintiffs' First Amended Complaint (ECF No. 28) is GRANTED. Federal Defendants shall file their response to Plaintiffs' First Amended Complaint on or before June 1, 2021.

Dated: May 12, 2021

_____
UNITED STATES MAGISTRAGE JUDGE