# Exhibit 6 –
# Kathleen Rehberg's Letter
# To Reno-Sparks Indian Colony



## United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Humboldt River Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1740
Email: wfoweb@blm.gov
https://www.blm.gov/office/winnemucca-district-office

In Reply Refer To:
NVN098582/NVN098586
8142(NVW030.00)

JUL 0 9 2021

RECEIVED
JUL 1 2 2021
RSIC Cultural Resources

*Certified Mail Number: 9171096900935 0230 4938 46*
*Return Receipt Requested*

Reno-Sparks Indian Colony
34 Reservation Road
Reno, NV 89502

Dear Chairman Melendez:

Thank you for your tribe's letter of June 3, 2021.

The consultation period for the public and Native American tribes on potential effects and resolution of those effects on historic properties from the Thacker Pass lithium project opened in January 2020 and closed November 5, 2020. Due to their proximity to the project, the Fort McDermitt Paiute Shoshone tribe, the Summit Lake Paiute tribe, and the Winnemucca Indian Colony were all invited to consult on both the project and its impacts. In August 2020, the Bureau of Land Management (BLM) reached out by letter to these tribes again for consultation on the historic properties treatment plan (HPTP). Between January and November, no party brought an issue concerning historic property eligibility, effects, and resolution of effects to the BLM's attention. The historic properties treatment plan was developed, and the Memorandum of Agreement (MOA) was signed with the Nevada State Historic Preservation Office.

Currently the BLM is only consulting on the issuance of the Archaeological Resources Protection Act (ARPA) permit as outlined in 43 CFR § 7.7. Should the tribe wish to consult on the issuance of the ARPA permit, please contact Ms. Shannon Deep at 775-623-1504 or sdeep@blm.gov.

Sincerely,

Kathleen Rehberg
Field Manager
Humboldt River Field Office

Cc: Michon Eben

INTERIOR REGION 10 • CALIFORNIA-GREAT BASIN
CALIFORNIA*, NEVADA*, OREGON*
* PARTIAL