# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Western Watersheds Project, et al,

　　　　　Plaintiff(s),

vs.

U.S. Department of the Interior and Lithium Nevada Corp.,

　　　　　Defendant(s).

Case # 3:21-cv-80

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Terry J. Lodge_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Terry J. Lodge, Attorney_____
(firm name)

with offices at _____316 N.Michigan St., Ste. 520_____,
(street address)

____Toledo____, ____Ohio____, __43604-5627__,
(city)　　　　　(state)　　　　　(zip code)

__(419) 205-7084__, __tjlodge50@yahoo.com__.
(area code + telephone number)　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Reno-Sparks Indian Col. & People Red Mtn__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  January 1, 1979 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  Ohio  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Ohio | January 1, 1979 | |
| Sixth U.S. Circuit | January 1, 1985 | |
| Ohio Supreme Court | January 1, 1979 | Ohio S.Ct. 29271 |
| D.C. U.S. Circuit | January 1, 1994 | |
| D.C. District Court | January 1, 2021 | |
| Western District of Michigan | January 1, 1999 | |
| U.S. Supreme Court | January 1, 2006 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Ohio State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Ohio  )
COUNTY OF  Lucas  )

_____Terry J. Lodge_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

 24th  day of  July , 2021

_____
Notary Public or Clerk of Court

GREGORY E. MYERS
Notary Public, State of Ohio
My Comm. Expires Oct. 03, 2022
Recorded in Lucas County

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Julie Cavanaugh-Bill___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Henderson Bank Building, 401 Railroad Street, Suite 307___,
(street address)

___Elko___, ___Nevada___, ___89801___,
(city)   (state)   (zip code)

___(775) 753-4357___, ___julie@cblawoffices.org___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Julie Cavanaugh-Bill_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Daranda Hinkey*
(party's signature)

DARANDA HINKEY, ATSA KOODAKUH WYH NUWU, SECRETARY
(type or print party name, title)

*Arlan D. Melendez*
(party's signature)

ARLAN D. MELENDEZ, RENO-SPARKS INDIAN COLONY, CHAIRMAN
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

11533                julie@cblawoffices.org
Bar number           Email address

APPROVED:

Dated: this 30th day of July, 20 21.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Terry Jonathan Lodge**
Attorney Registration No. **0029271**

was admitted to the practice of law in Ohio on May 7, 1979; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of March, 2021.

<u>GINA WHITE PALMER</u>
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-03-11-1
Verify by email at GoodStandingRequests@sc.ohio.gov