Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa Koodakuh wyh Nuwu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | ) Case No. 3:21-cv-00080-MMD-CLB ) |
| Plaintiffs, | ) *Consolidated with:* |
| and | ) Case No. 3-21-cv-00103-MMD-CLB ) |
| RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU/ PEOPLE OF RED MOUNTAIN | ) **RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU/ PEOPLE OF RED MOUNTAIN'S** |
| Plaintiff-Intervenor, | ) **CERTIFICATE OF INTERESTED** |
| v. | ) **PARTIES** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) |
| Defendants | ) |

|   |   |
|---|---|
| and | ) |
|   | ) |
| LITHIUM NEVADA CORP. | ) |
|   | ) |
|     Defendant-Intervenor | ) |
| _____ | ) |

Pursuant to Local Rule 7.1.-1, Plaintiff-Intervenors Reno-Sparks Indian Colony and Atsa Koodakuh wyh Nuwu/People of Red Mountain file this Disclosure Statement that there are no known interested parties other than those participating in the case.

Respectfully submitted this 3rd day of August, 2021.

By: /s/ William Falk, Esq (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
(319) 830-6086
falkwilt@gmaail.com

Julie Cavanaugh-Bill
Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

Terry J. Lodge, Esq. (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com
Co-Counsel for Intervenors

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

By: /s/ William Falk
Julie Cavanaugh-Bill (Utah Bar No. 16678)
