Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq (SBN 13922)
HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq (Wyo. Bar No. 6-3825)
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor*
*Lithium Nevada Corp.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH, LLC, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>                    Defendants,<br><br>and<br><br>LITHIUM NEVADA CORP.,<br><br>                    Defendant-Intervenor. | *Lead Case:*<br>**Case No. 3:21-cv-00080-MMD-CLB**<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR LITHIUM NEVADA CORP.'S UNOPPOSED MOTION TO FILE SUR-REPLIES** |

For good cause shown, Defendant-intervenor Lithium Nevada Corp.'s unopposed motion for leave to file sur-replies (ECF No. 77) is GRANTED.

1

It is hereby ordered that on or before August 25, Federal Defendants and Lithium Nevada may each file a sur-reply to the Reply in Support of Preliminary Injunction (ECF No. 71) filed by the Burns Paiute Tribe addressing the new information provided with the Reply regarding the Elephant Cave discovery, provided that the combined total of the sur-replies shall not exceed four (4) pages.

It is further ordered that on or before August 26, Federal Defendants and Lithium Nevada may each file a sur-reply to the Reply In Support of Preliminary Injunction filed by Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu ("the People") (ECF No. 73), addressing the new information as identified in Lithium Nevada's Motion for Leave to File Sur-Replies and each sur-reply shall not exceed five (5) pages.

IT IS SO ORDERED.

_____
Miranda M. Du
United States District Judge

DATED: 8/24/2021