TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ESTER M. MCCULLOUGH, *et al.,*<br><br>    Defendants. | Case No. 3:21-cv-80-MMD-CLB<br>Related Case No. 3:21-cv-103-MMD-CLB<br>(Consolidated) |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>    Defendants. | **JOINT MOTION TO AMEND SCHEDULING ORDER (FIRST REQUEST)** |

On July 28, 2021, the Court consolidated the two separate cases, *Bartell Ranch LLC v. McCullough*, Case No. 3:21-cv-00080-MMD-CLB ("Bartell Ranch") and *Western Watersheds Project, et al.*, Case No. 3:21-cv-00103-MMD-CLB ("Western Watersheds") involving challenges to the Thacker Pass Record of Decision issued in January 2021.  The Court ordered that the case schedules and page limits that the Court set in the Western Watersheds (ECF Nos 28 at 4-6, 47) apply.  ECF 60.

In accordance with that schedule, Federal Defendants timely produced the administrative record for the initial claims as filed prior to Plaintiff-Intervenors who filed their motion for intervention on July 20, 2021 (the "Initial Claims").  The parties are continuing the meet and confer process regarding the administrative record produced by the Federal Defendants for the Initial Claims and Federal Defendants are compiling the administrative record on the additional claims brought by Plaintiff-Intervenors under the National Historic Preservation Act (the "NHPA Claims").  The parties jointly propose a brief extension of the meet and confer process in order to attempt to resolve issues on the pending administrative record and work together in an effort to propose further schedule modifications to the Court.

WHEREAS, the parties to this consolidated case previously submitted Case Management Reports and Stipulations pursuant to Fed. R. Civ. Proc. 16 and the Court's Orders Re: Case Management Report;

WHEREAS, as described above, upon ordering consolidation, the Court also ordered that the case schedules and page limits set in the Western Watersheds case apply;

WHEREAS the Federal Defendants are in the process of compiling the administrative record in light of Plaintiff-Intervenors' recently asserted claims under the the National Historic

Preservation Act and the Federal Defendants informed the parties that it anticipates producing such record to the parties by October 1, 2021;

WHEREAS, the first deadline for the parties to meet and confer regarding any outstanding issues or disputes regarding the content of the administrative record was August 27, 2021;

WHEREAS, the parties have been meeting and conferring about outstanding issues regarding the content of the administrative record;

WHEREAS, on August 25, 2021, during a teleconference all parties agreed to extend all litigation deadlines by two weeks in an effort to resolve outstanding issues and possibly avoid the need for motion practice on the administrative record;

WHEREAS the parties agree to submit an updated proposed scheduling order to the Court by no later than September 10, 2021, at which time the parties expect a more informed proposal from the meet and confer process for the administrative record and summary judgment briefing, and

WHEREAS the parties informed the Court of this anticipated motion during the hearing held on August 27, 2021

THEREFORE, the Parties agree and stipulate that the following deadlines would apply:

1. Parties shall conclude the meet and confer process on the administrative record Federal Defendants have produced on the Initial Claims by no later than September 10, 2021.
2. In the interim, all other currently existing deadlines shall be extended by 14 days.
3. The Parties shall submit an updated scheduling report to the Court by no later than September 10, 2021 proposing a briefing schedule with extended deadlines from those currently established, and which will be informed by the progress made during the

additional two week meet and confer period. At that time, the parties will inform the Court whether they have been able to resolve issues with the administrative record, or will include in the proposed briefing schedule a proposed s schedule for briefing any motions on the administrative record.

Respectfully submitted this 31st day of August, 2021.

| | |
|---|---|
| */s/ Dominic M. Carollo* | TODD KIM |
| DOMINIC M. CAROLLO | Assistant Attorney General |
| Admitted *Pro Hac Vice* | United States Department of Justice |
| dcarollo@carollolegal.com | Environment and Natural Resources Div. |
| Carollo Law Group LLC | |
| P.O. Box 2456 | */s/ Arwyn Carroll* |
| 630 SE Jackson Street, Suite 1 | ARWYN CARROLL (MA Bar 675926) |
| Roseburg, Oregon 97470 | LEILANI DOKTOR (HI Bar 11201) |
| Ph: (541) 957-5900 | Trial Attorney |
| Fax: (541) 957-5923 | Natural Resources Section |
| | P.O. Box 7611 |
| O. KENT MAHER (Nev. Bar No. 316) | Washington, D.C. 20044-7611 |
| kent@winnemuccalaw.com | Phone: 202-305-0465 |
| PO Box 130 | Fax: 202-305-0506 |
| 33 W Fourth Street | arwyn.carroll@usdoj.gov |
| Winnemucca, Nevada 89446 | leilani.doktor@usdoj.gov |
| Ph: (775) 623-5277 | |
| Fax: (775) 623-2468 | *Attorneys for Federal Defendants* |
| *Local Counsel for Plaintiffs* | |
| | */s/ Laura K. Granier* |
| *Attorneys for Plaintiffs Edward Bartell and Bartell Ranch, LLC* | Laura K. Granier, Esq (SBN 7357) |
| | Erica K. Nannini, Esq (SBN 13922) |
| | Holland & Hart LLP |
| */s/ Christopher Mixson* | 5441 Kietzke Lane, 2nd Floor |
| Christopher Mixson (NV Bar#10685) | Reno, Nevada 89511 |
| KEMP JONES, LLP | Tel: 775-327-3000 |
| 3800 Howard Hughes Parkway, Suite 1700 | Fax: 775-786-6179 |
| Las Vegas, Nevada 89169 | lkgranier@hollandhart.com |
| (702) 385-6000 | eknannini@hollandhart.com |
| c.mixson@kempjones.com | |
| | Hadassah M. Reimer, Esq |
| *Attorney for Plaintiffs GBRW, BRW, WD, and WWP* | (Wyo. Bar No. 6-3825) |
| | *Admitted Pro Hac Vice* |

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar #21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar #30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Plaintiffs GBRW, BRW, and WD*

*/s/ Talasi Brooks*
Talasi B. Brooks (ISB #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208) 336-9077
tbrooks@westernwatersheds.org

*Attorney for Plaintiff WWP*

*/s/ William Falk*
William Falk, Esq (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
(319) 830-6086
falkwilt@gmail.com

Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

Terry J. Lodge, Esq. (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor Lithium Nevada Corp.*

*Attorneys for Intervening Plaintiffs the Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu/People of Red Mountain*

/s/*Rick Eichstaedt*
Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone:	(509) 251-1424
Email:  rick@wheatlawoffice.com

Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:	(775) 852-3900
Facsimile:	(775) 327-2011
Email:  lbubala@kcnvlaw.com

*Attorneys for Plaintiff-Intervenor Burns Paiute Tribe*

ORDER

IT IS SO ORDERED

DATED this _____ day of August, 2021

_____
CHIEF JUDGE MIRANDA DU

UNITED STATES DISTRICT JUDGE