Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Environmental Plaintiffs

Roger Flynn, (Colo. Bar #21078), Pro Hac Vice
Jeffrey C. Parsons, (Colo. Bar #30210), Pro Hac Vice
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

Talasi B. Brooks (ISB #9712), Pro Hac Vice
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH, LLC, a Nevada limited liability company and EDWARD BARTELL, <br><br> Plaintiffs, <br><br> vs. <br><br> ESTER M. MCCULLOUGH, WinnemuccaDistrict Manager, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, | Case No.: 3:21-cv-00080-MMD-CLB <br><br> JOINT STIPULATED SCHEDULE (FIRST REQUEST) |

|   |   |
|---|---|
| | Defendants, |
| and | |
| Lithium Nevada CORP., | |
| | Defendant-Intervenor. |

Pursuant to the Court's August 31, 2021 Order, ECF 91, the parties stipulate to the following schedule to resolve this case.

WHEREAS, the parties have been meeting and conferring about outstanding issues regarding the content of the administrative record;

WHEREAS, in the parties' Joint Motion to Amend the Scheduling Order (approved by this Court on August 31, 2019, ECF 91) the parties informed the Court that the parties would submit an updated proposed scheduling order no later than September 10, 2021, at which time the parties expect a more informed proposal from the meet and confer process for the administrative record and summary judgment briefing, and

THEREFORE, the Parties agree and stipulate that the following deadlines would apply:

1. Federal Defendants will provide abbreviated answers to Reno Sparks Indian Colony et al. July 29, 2021 Complaint, ECF 46, and Burns Paiute Tribe's August 25, 2021 Complaint, ECF 83, by no later than October 13, 2021.

2. Parties shall conclude the meet and confer process on the administrative record Federal Defendants have produced for the initial claims as filed prior to Plaintiff-Intervenors who filed their motion for intervention on July 20, 2021 (the "Initial Claims") by no later than September 17, 2021.

3. During the meet and confer process, Plaintiffs have requested that additional documents be included in the administrative record. If the parties are able to come to an agreement on the administrative record, the Federal Defendants shall provide the parties with bates-stamped copies of these documents, on electronic media, such as DVD or USB drive, by October 1, 2021.  If the parties cannot agree on the administrative record, motions on the record will be filed pursuant to Paragraph 6 below.

4. Defendants will produce the administrative record on the additional claims brought by Plaintiff-Intervenors (the "Tribal Claims") by October 1, 2021.

5. Parties shall conclude the meet and confer process on the administrative record Federal Defendants have produced on the Tribal Claims by no later than October 15, 2021.

6. Any motion objecting to the administrative record or seeking to supplement the record would be filed by no later than October 22, 2021. If motions on the administrative record are filed, the parties stipulate to the usual time for opposition and reply shall apply as delineated in the below schedule.  The parties respectfully request that the Court set a time for any hearing on such a motion to potentially provide for a ruling by the Court as quickly as possible.

7. Plaintiffs, Bartell Ranch and Western Watersheds Project et al., and/or Plaintiff Intervenors, Reno Sparks Indian Colony et al. and Burns Paiute Tribe, or Defendant-Intervenor LNC, shall file any motion on the administrative record, limited to 24 pages for each separate motion, by no later than October 22, 2021;

8. Responses to any motions on the administrative record, limited to 24 pages for each response, shall be filed by no later than November 5, 2021;

2

9. Plaintiffs, Plaintiff Intervenors, or LNC, shall file any replies, limited to 12 pages each, by no later than November 12, 2021. If no motions related to the administrative record are filed, Federal Defendants shall file the complete administrative record with the Court on electronic media, such as DVD or USB drive, no later than November 5, 2021;

10. Plaintiffs and Plaintiffs Intervenors, shall file their motion for summary judgment and brief in support of their motion for summary judgment, limited to 40 pages for Plaintiff Bartell Ranch, et al., 40 pages for Plaintiff WWP, et al., and 25 pages for Plaintiff Intervenors Reno Sparks Indian Colony and 25 pages for additional Plaintiff Intervenors the Burns Paiute Tribe, by no later than November 12, 2021;

11. Federal Defendants and Lithium Nevada shall file their separate cross-motions for summary judgment (combined with their opposition to Plaintiffs' and Plaintiff Intervenors' motions), limited to 40 pages in response to Plaintiffs Bartell Ranch, et al., 40 pages in response to Plaintiff WWP, et al., and 50 pages in response to Plaintiff Intervenors' motions, by no later than December 17, 2021.

12. Plaintiffs and Plaintiff Intervenors shall file their combined opposition to Federal Defendants' and Lithium Nevada's motions for summary judgment and reply in support of their motions for summary judgment, limited to 40 pages each for Plaintiffs Bartell Ranch, et al., and Plaintiffs WWP, et al., and 25 pages each for Plaintiff Intervenors Reno Sparks Indian Colony and the Burns Paiute Tribe, by no later than January 14, 2022;

13. Federal Defendants and Lithium Nevada shall file their separate replies in support of their motions for summary judgment, limited to 25 pages in reply to Plaintiffs Bartell Ranch, et al., 25 pages in reply to Plaintiff WWP, et al., and 40 pages in reply to Plaintiff Intervenors' motions, by no later than February 4, 2022.

14. The parties respectfully request oral argument on the summary judgment motions at this Court's earliest convenience after the conclusion of briefing.

Respectfully submitted this 10th day of September, 2021.

/s/ Talasi Brooks
Talasi B. Brooks (ISB #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

/s/ Christopher Mixson
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Environmental Plaintiffs

/s/ Roger Flynn
Roger Flynn, (Colo. Bar #21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar #30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

4

s/
ARWYN CARROLL
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
arwyn.carroll@usdoj.gov

*Attorney for Federal Defendants*

s/
LAURA K. GRANIER (SBN 7357)
ERICA K. NANNINI (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

*Attorneys for Lithium Nevada Corp.*

s/
DOMINIC M. CAROLLO (Or. Bar. No. 093057)
*Pro Hac Vice*
dcarollo@carollolegal.com
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
Ph: (541) 957-5900
Fax: (541) 957-5923

O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468

*Local Counsel for Plaintiff Edward Bartell*

5

By: s/ *William Falk*
William Falk, Esq (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
(319) 830-6086
falkwilt@gmail.com

Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

Terry J. Lodge, Esq. (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

*Attorneys for Intervening Plaintiffs RSIC and People of Red Mountain*

s/ *Rick Eichstaedt*
Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone:     (509) 251-1424
Email:   rick@wheatlawoffice.com

Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:     (775) 852-3900
Facsimile:      (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorneys or Intervening Plaintiff Burns Paiute Tribe*

**ORDER**

IT IS SO ORDERED

DATED this _____ day of September, 2021

_____

CHIEF JUDGE MIRANDA DU

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Talasi Brooks, hereby attest that I served the foregoing on all parties via this Court's ECF system, this 10th day of September, 2021.

*s/ Talasi Brooks*