# Exhibit 1
# Declaration of Dorece Antonio
# And 1919 and 1923 Census Documents

Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARTELL RANCH LLC, et al., | ) | Case No.: 3:21-cv-80-MMD-CLB |
| | ) | (**LEAD CASE**) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF DORECE** |
| | ) | **ANTONIO IN SUPPORT** |
| ESTER M. MCCULLOUGH, et al., | ) | **OF INTERVENING PLAINTIFFS'** |
| | ) | **MOTION FOR** |
| Defendants, | ) | **RECONSIDERATION** |
| and | ) | |
| | ) | |
| LITHIUM NEVADA CORPORATION, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |
| | | |
| WESTERN WATERSHEDS PROJECT, et al., | ) | Case No.: 3:21-cv-103-MMD-CLB |
| | ) | (**CONSOLIDATED CASE**) |
| Plaintiffs, | ) | |
| | ) | |
| RENO SPARKS INDIAN COLONY, et al., | ) | |

1

|   |   |   |
|---|---|---|
| | Intervenor-Plaintiffs, | ) |
| | | ) |
| and | | ) |
| | | ) |
| BURNS PAIUTE TRIBE, | | ) |
| | Intervenor-Plaintiff. | ) |
| | | ) |
| v. | | ) |
| | | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | | ) |
| | | ) |
| | Defendants, | ) |
| and | | ) |
| | | ) |
| LITHIUM NEVADA CORPORATION, | | ) |
| | Intervenor-Defendant. | ) |

I, Dorece Antonio, under penalty of perjury, hereby declare the following:

1. I am a member of the Fort McDermitt Paiute-Shoshone Tribe. I am also a founding member of Atsa Koodakuh wyh Nuwu/People of Red Mountain.

2. My mother is Indela Sam, who is another founding member of Atsa Koodakuh wyh Nuwu/People of Red Mountain.

3. My maternal grandfather was named Joseph Sam. He was born in 1912. His father, my great-grandfather was Jordan Valley Charley Sam. He was born in 1876. Jordan Valley Charley Sam was the son of Ox Sam and Sallie Sam. So, Ox Sam was my great-great-grandfather. Attached is a census of the Paiute Indians of Fort McDermitt from June 30, 1919 showing Ox Sam's descendants including Jordan Valley Charley Sam and his son Joseph.

4. Ox Sam was one of three known survivors of the September 12, 1865 massacre

in Thacker Pass. His mother, father, brothers, and sisters were killed that day. They were my relatives. As far as we know, they were never buried. My relatives still rest in Thacker Pass.

5. Our family, including my mother Inelda Sam; her brother Arnold Sam; her sisters Reva Northrup, Justine Barr, Josephine Dick, Elvida Crutcher, and Alva Brown; my brother Deland Hinkey; my niece Daranda Hinkey; my nephew Gary McKinney; and my cousin Alveeta Brown are all lineal descendants of Ox Sam. All of these people are also members of Atsa Koodakuh wyh Nuwu/People of Red Mountain.

Executed on this 30th day of September, 2021.

/s/ Dorece Antonio

5—126

CENSUS of the Paiute Indians of Fort McDermitt Agency, Nevada

on June 30, 1919, 19____, taken by Francis A. Swayne, Superintendent.

| NUMBER | | INDIAN NAME. | ENGLISH NAME. | RELATION-SHIP. | DATE OF BIRTH. | SEX. |
|---|---|---|---|---|---|---|
| Last | Present | | | | | |
| 231 | 213 | Died June 1919 | Sablack, George. | Widower | 1880 | M |
|  |  |  |  |  |  |  |
| 232 | 214 | Sep-poo-nah | Sam, Ox | Husb | 1840 | M |
| 233 | 215 | Ah-ke-zee | "   Maggie | Wife | 1860 | F |
| 234 | 216 | Zah-ague | "   Sallie | Wife #2 | 1856 | F |
| 235 | 217 | To-zah-zoo | "   Joe | Son | 1880 | M |
|  |  |  |  |  |  |  |
| 236 | 218 | Chip-hone | Sam, Jordan Valley Charey | husb. | 1875 | M |
| 237 | 219 | Tah-nee | "   Susie Clark | Wife | 1888 | F |
| 238 | 220 | died | "   Dave Buffalo, Son of 218 |  | 1896 | M |
| 239 | 221 |  | "   Lella Buffalo Deu. | " | 1902 | F |
| 240 | 222 |  | "   Joseph | Son | 1912 | M |
| 241 | 223 |  | "   Fred | Son | 1914 | M |
| 242 | 224 |  | "   Margaret | Dau | 1915 | F |
| 243 | 225 |  | "   Baby | Dau | 1918 | F |
|  |  |  | "   Albert | Son | 1907 | M |
| 244 | 226 |  | Sam, George | Husb | 1891 | M |
| 245 | 227 |  | "   Mrs. | Wife | 1911 | F |
| 246 | 228 |  | "   Girl | Dau |  | F |
| 247 | 229 | Sam-loon-keet | "   Girl | Dau | 1850 | F |
| 248 | 230 | Married to #22 old | "   Boy | Son |  | F |
|  |  | Too-com |  | Dau | 1909 |  |
| 248 |  | Died, 1913 |  | Son | 1913 |  |
| 249 | 231 |  | Sawaby, John | Husb | 1850 | M |
| 250 | 232 |  | "   Nettie | Wife | 60 1865 | F |

6—178

5—126

CENSUS of the **Paiute** Indians of **Ft. McDermitt** #9 Agency, **Nev.**
on **June 30, 1923**, 19___, taken by **James E. Jenkins**, Superintendent.

| NUMBER Last | NUMBER Present | INDIAN NAME | ENGLISH NAME | | RELATIONSHIP | DATE OF BIRTH | SEX |
|---|---|---|---|---|---|---|---|
| 188 | 201 | P | Peanuts, | John | son | 19 | M |
| 189 | 202 | | | Lulu | Dau. | 15 | F |
| 190 | 203 | Soo-pat | Pete | Pat | Husb | 43 | M |
| 191 | 204 | | | Phoebe | wife | 58 | F |
| 192 | 205 | | | John (Warm John) | son | 20 | M |
| 216 | 206 | | | Flossie Gray | wife | 23 | F |
| 217 | 207 | Siwash | Siwash | Allie May | dau. | 1 | F |
| 193 | 208 | | Reid, | John | husb. | 63 | M |
| 172 | 209 | | | Annie Moulder | wife | 62 | F |
| 194 | 210 | | | Sam | husb | 53 | M |
| 195 | 211 | | | Nazy Jim | wife | 48 | F |
| 196 | 212 | | Sablock, | Geo. | Wid | 43 | M |
| 198 | 213 | Ah-ke-zee | Sam, | Maggie | wid wife | 63 | F |
| 199 | 214 | Zah-ague | | Sallie | wid. | 57 | F |
| 200 | 215 | To-zah-zoo | | Joe | Son | 43 | M |
| 201 | 216 | Chip-hone | | Charley Jordan Valley | husb | 48 | M |
| 202 | 217 | Tah-Nee | | Susie Clark | wife | 35 | F |
| 204 | 218 | Naha | | Lela | dau. | 21 | F |
| 205 | 219 | | | Joseph | Son | 11 | M |
| 206 | 220 | | | Fred | do | 9 | M |
| 207 | 221 | (married to mah ) | | Margurett | dau. | 7 | F |
| 208 | 222 | Moka | | Pauline | dau | 5 | F |
| | 223 | | | Elsie | dau | 1 | F |
| 209 | 224 | | | Geo | Husb | 29 | M |
| 210 | 225 | | | Mrs. | wife | no data | F |