# Exhibit 2
# *The Owyhee Avalanche* Article
# "Indian Fight in Queen River Valley"
# Saturday Morning, September 30, 1865

# The Owyhee Avalanche.

**SATURDAY MORNING, SEPT. 30, 1865.**

### AGENTS.

ISAAC JENNINGS is our authorized agent to receive subscriptions on the road between Ruby City and Umatilla Landing.

A. P. TURNER is our authorized agent at Idaho city, to receive and receipt for subscriptions.

THOMAS BOYCE is authorized to act as our agent in San Francisco.

J. H. FAIRCHILD is hereby authorized to receive and receipt for subscriptions to this paper, at Boise City.

W. B. LAKE is authorized to act as our agent in San Francisco.

RAILROAD TALK IN NEVADA.—The Nevada papers all comment upon and regret the purchase of the Sacramento Valley Railroad by the Central Pacific Railroad Company. The first result, in the withdrawal of passenger trains from the Freeport branch, the Gold Hill *News* says, will be to compel the passengers, express and mails that have heretofore reached Gold Hill before 6 P. M., via the Pioneer line, to wait for a start at Sacramento till 6:30 A. M., not arriving until eight hours later. The same paper les this reference to another railroad project:

It is now claimed that the Virginia and Truckee Railroad construction will soon be under way. We are informed that the California branch of the Pacific Railroad Company have agreed to lend $32,000 per mile of their bonds, or exchange that amount of bonds with the Truckee Railroad Company; and our mine and mill owners have agreed to take mutual interests in furtherance of the project. This intelligence will be a source of sincere congratulation to our citizens. What a road hence to the Truckee will do for us, we can all estimate. It will be a big thing, and not "on ice." Hon. John B. Winters is making the necessary preliminary arrangements for the work.

LOCATION OF TOWNS IN BLACKFOOT.—The Walla Walla *Statesman* gives the names of the Blackfoot towns, and the locations thereof, as follows: Helena is on a tributary of the Big Prickly Pear, on what is called Last Chance or Grizzly Gulch. It has about three hundred houses, and a proportionate population. Silver City, located on Silver Creek, is a place of a dozen houses. Silver Bow City and vicinity has a population of near a thousand, and Blackfoot City about fifteen hundred inhabitants, and one hundred and fifty houses. Blackfoot City is conveniently located on Ophir Gulch. Up this gulch is Nugget City, a place of two dozen houses.

MR. MYERS, the Boonville merchant, called to see us the other day, and informs us he intends moving his store to either Ruby or Silver City, soon, and intends doing a permanent business. Mr. Myers has just returned from San Francisco, where he has been to select a new winter stock of goods. He says Owyhee is all the rage down there now, and that we may look for a large influx to our population early next spring, both as regards miners and business men. He thinks capital will flow in rapidly during the next twelvemonth. There are parties at the Bay now talking of establishing a banking business here, who it is thought will be on hand in the spring.

OVERLAND IMMIGRATION.—The Dayton, Nevada, *Sentinel* says: The tide of emigration is slowly flowing toward California from the "Plains across." Every day this week from two to six wagons with wayworn pilgrims and their families have passed by our office pursuing their daily voyage toward the Pacific. A portion of this week looked well, but the large part of it is not in No. 1 condition.

INDIANS.—A roving band of Indians come in

### Indian Fight in Queen River Valley.

For several days prior to the 10th instant, camp fires were noticed on the west side of the valley; therefore, on that day, Capt. Payne, of the 1st Nevada Cavalry, with eighteen men, started to call on them. On the 10th he camped at Buffalo Station, on the 11th went on a scout, but found no savages, and 'camped on Willow Creek; that night the locality of the camp fires was definitely ascertained, and the next morning at 1 o'clock the Captain broke camp and proceeded cautiously to within half a mile of the place, where he arrived at daybreak. Just at this time the Indians discovered their danger, when Capt. P. ordered Lieut. Littlefield and nine men to advance between the mountains and camp, and he took nine on the valley side. A charge was ordered and each officer and man went for scalps, and fought the scattering devils over several miles of ground for three hours, in which time all were killed that could be found. A search among the sage resulted in the discovery of thirty-one *permanently* friendly Indians. More must have been killed and died from their wounds, as a strict search was not made, and the extent of the battlefield so great. Several tons of dried berries, grass seeds, and other food, were completely destroyed. The camp consisted of about seventy Indians, who were evidently preparing to make a raid somewhere, as new bows, arrows and other implements of war, were found partially or fully completed. Private Edwin Billings was severely, though not fatally, wounded. No other casualty among the boys.

Appropriately, we may mention that during the summer reports were put in circulation previously by Lieut. Littlefield's conduct as an officer and soldier. After making thorough inquiry of officers, men and citizens, we pronounce all such reports false; and have the best of reasons for believing that on all occasions—and they were many—where the Lieutenant had an opportunity, he exhibited those important soldierly qualities—true bravery and commendable discretion. Good soldiers who live on sagebrush and fight Indians, should not be slandered.

WE have elaborate notes taken on a trip from Carson, Nevada, to this city, concerning the route, its advantages and disadvantages for travel and freight; the character of the soil and its productions, both natural and cultivated; also, hearsay reports of the mineral wealth and its development this side of Virginia—all of which we shall give to our readers as soon as we can do so and not neglect our local interest. The route now is well protected, and parties desiring to go that way will find a station of soldiers at Crooked River, eight miles south of Owyhee crossing; a post at Queen River, seventy miles from there; another station in Paradise Valley; and a post at Dun Glen. Officers and men vie with each other in showing travelers properly cared for, and if deemed needful an escort furnished. Westerfield furnishes grub at Queen River, and settlers in Paradise, and on the Humboldt, are ready to do the same—for a consideration. We would not have the least hesitancy in making the trip alone on horseback, since the recent chastisements given the reds from "Road Agents." In fact, we would only fear whiteskinned ones.

A MEMBER of the AVALANCHE firm feels himself under obligations to the following gentlemen for kind and hospitable attention received at their hands on a recent trip from Carson City to this place: James S. Dilley; U. S. Col. at Virginia City; O. R. Leonard, Dist. Att'y, and Hiram Welch, U. S. Asst. Assessor of Humboldt Co., at Star City; Capts. Hahn, 6th Cal.

### SUMMARY OF EASTERN NEWS.

South Carolina State Convention passed without debate, an ordinance against secession;—three voted nay.

N. Y., Sept. 18.—An Imperial wagon, en route from Monterey to Matamoras, was attacked some time ago and driven back by the republicans. It contained $250,000 in specie.

Gen. Sheridan's military display along the Rio Grande is making the Mexican officers very nervous, and by balls and other entertainments they endeavor to conciliate the dreaded Northern men.

Juarez and his Cabinet, on leaving Chihuahua, went to El Paso, but it was thought that they would be followed by the Imperialists and be obliged to take refuge on the American side of the Rio Grande.

The special Mexican correspondent of the N. Y. *Times*, August 29, says military operations will be actively resumed in October. The country is rapidly going to destruction between the French, the Liberals and the guerillas. Cortinas had made a haul of a hundred thousand in silver. Juarez is still in Chihuhua. Correspondents report many arbitrary arrests by Maximilian's government. The Liberals are masters of Durango and have captured several hundred Belgians. Maximilian promises a line of steamers between Vera Cruz and Orleans.

The U. S. Consul at Constantinople, in a letter to the State Department, dated August 14, says it is estimated that the victims of the cholera already number 20,050, the number of deaths in a single day having reached 1,000. It is said that probably 200,000 of the terror-stricken inhabitants have left the city.

The Monadnock, the steamer Vanderbilt, and the screw steamer Tuscarora, will leave on the 1st of October for the Pacific. They are to be attached to the squadron on that coast. These vessels will not be accompanied to their destination by Commodore John Rogers.

Washington, Sept. 21.—Judge James Steel, acting clerk of the Indian Bureau, leaves tomorrow to attend a council of Indian tribes now on the Platte river, to be held on the 4th proximo. There are indications that treaties of a very desirable nature will there be ratified.

N. Y., Sept. 21.—Seventy-two million dollars have accumulated in the Treasury up to date. This is the first time, since the breaking out of the rebellion, that there has been an increase of funds.

Fort Smith, Sept 12.—A treaty signed today between the Commissioners and the Choctaws and Chickasaws, providing for peace and friendship, between the United States and said tribes, stipulates that they will exert all their influence in compelling the Indians of the plains to maintain peaceful relations with each other, with the Indians of the Territories and with the United States.

THE North Idaho *Radiator* is to be raised to life again, and continued at Lewiston, by its proprietor—T. J. Favorite. "Jeff" ran off to the Cœur d'Alene, and continued his researches as far as Blackfoot. Blackfoot must have been a little uncertain, or that press would have been taken there. In view of that editorial farewell, wonder if Jeff didn't come back to Lewiston singing—"Who's been here since I've been gone?"

R. H. JOHNS, of Placerville, furnishes the *World* with an account of the late prospecting trip up the Malheur river. He reports having found nothing that would pay. One of the party—O. H. Graffan, was shot and killed by Indians, on the 5th September. Graffan was one of the "Glass-Blower" and "Living Skeleton" company of showmen, that traveled through the upper country sometime since.

THE contracts for the construction of the United States Pacific Telegraph Line from this city to Reese River are all let, and the work will commence immediately. Three miles are now at Santa Cruz getting out poles for the section between this city and Placerville, which are to be delivered within thirty days; from Placerville to Virginia City, to be delivered within six weeks, James Street will leave for Salt Lake in two weeks to contract for poles each way from that point.

NEWSPAPER CHANGE.—The Eugene City *Review* is to be continued at Salem, in connection with the *Arena* and Washington *Democrat*.

"DIVIDEND."—Gill & McMann, blacksmiths at Silver, have been running a one-stamp(!) mill for sometime, and request that all stockholders come forward—a dividend having been recently declared!

ASSISTANT TREASURER Casserman left for the East by the steamer of the 18th, on the invitation of Secretary McCulloch, to confer in regard to revenue and fiscal matters on the Pacific coast.

THE Umatilla *Advertiser* says the boiler for the steamer to be built on Upper Snake River, has arrived at the Landing. The boiler is so heavy that it will have to be taken apart for transportation.

THE frosts in Grande Ronde and Powder river valleys has killed the vegetables pretty generally. Considerable snow had fallen on the Eagle Creek and Blue mountains.

### NEW ADVERTISEMENTS.

**TOLL ROAD NOTICE.**

THE UNDERSIGNED HAVE PURCHASED the entire interest of Thomas Carson in the Boonville and Reynold's Creek Toll Road. The Road will hereafter be under the control and management of Skinner and Laughlin. The public can rely upon this Road being kept in thorough repair at all seasons of the year.

SILAS SKINNER,
H. LAUGHLIN.

September 30, 1865.   7-6w

**NOTICE!**

THERE WILL BE A MEETING HELD IN Holgate's Building, on Miner Street, on this (SATURDAY) Evening, September 30, 1865, at 7½ o'clock, of those of our citizens who are interested in the founding of a Religious Society and the erecting of a suitable house of Worship. All interested in this noble and praiseworthy work are cordially invited to be present.

Ruby City, Sept. 26, 1865.   7-tf

# Meat Market!

MAIN STREET............RUBY CITY, I. T.

**MORTON & LORENZ**

ANNOUNCE THAT THEY HAVE OPENED a New Meat Market at the stand formerly occupied by Philip Collier, which will be kept constantly supplied with every variety of FRESH MEATS to be had in the country.   7-3m.

### LIVERY
— AND —
## Feed Stable,

MINER STREET, (Below Main),...Ruby City.

C. D. BACHELER, - - - - Proprietor.

THE proprietor takes pleasure in informing the public that the best SADDLE AND BUGGY animals will always be kept on hand.

Horses boarded and groomed by the Day, Week or Month, at reasonable rates.

A supply of Hay and Grain always on hand, for the accommodation of customers.

Sept. 30, 1865.   7-3m.

### PICTURES.
**AMBROTYPES, MALAINEOTYPES,**
**PHOTOGRAPHS.**

**GEO. HASTIE,**

Silver City...................I. T.

TENDERS his acknowledgements to the denizens of this region, and invites inspection of his specimens and a trial of his skill, which, if proving unsatisfactory, costs nothing.

Ugly women taken at half price.

Sept. 30, 1865.   n2-tf.

## SOL HASBROUCK,
### DEPUTY
## U. S. INTERNAL REVENUE COLLECTOR,

SILVER CITY, I. T.

OFFICE—At DuRell & Moore's Store.

ALL persons, firms or associations are directed to make monthly returns to the Collector of Internal Revenue, at his office, and will save themselves...

---

and Baxter's, on Monday last. The first act was to corral the boys on the ranch, and keep tion of the band killed an ox and had a general feast. On Tuesday Capt. White, with twenty-two men, started in pursuit, and has not been heard from since.

THE FENIAN BROTHERHOOD.—We have received a communication on the above, signed "Hibernicus," which we decline to publish, as such matters are usually announced in the form of an advertisement; but for the benefit of the Fenian Brotherhood, we will state that it is proposed to have a meeting at the Magnolia, in this place, at 2 o'clock, P. M., to-morrow (Sunday), for the organization of a "circle" in this county.

ARRIVALS.—The following are the arrivals during the week, by Leach & Co.'s stages, from the north: September 22d—S. Thurber, Mr. Gibson, Mr. Myers, lady and two way passengers. September 25th—Mr. Locke, Col. Bibb, L. Hartwig. September 28th—E. Meyers, Mr. Murphy, Miss Snaider, E. Bloom, and J. W. White.

THE NEVADA MINT.—The Carson *Appeal* says: We understand it as coming from Senator Nye, that so soon as the deed for the Mint lot, which went East on the steamer of the 18th July, reaches Washington, Commissioners will be appointed and work on the building be commenced at once.

THANKS.—We are under obligations to J. C. Holgate for a bundle of papers, consisting of Harper's Magazine, Harper's Weekly, Bulletin, Union, etc.

SAN FRANCISCO VOTE.—The vote of San Francisco, at the recent election, for Legislative officers, was 13,426, nearly eight thousand less than the last Presidential vote cast in that city.

Messrs. Dwight & Bacon have established an express line between Walla Walla and the Blackfoot mines.

Cavalry, at Queen River. Also, Lieut. Tagge, escorted him through safely, and furnished this office with late No.'s of the Virginia *Enterprise*.

Gentlemen, the AVALANCHE string is always out. When you come within reach just give it a pull. We stand ready to treat, and—not being a soldier—to re-*treat*.

GEN. CONNOR'S command has been having a fight with the Indians. A dispatch dated at Fort Laramie, September 20, says:

Gen. Connor attacked a large village of Arapahoes on the 28 th of August, and routed them with great slaughter, destroying their village and all their winter's provisions, and capturing between fire and six hundred head of horses.

Capt. Colt, of the 6th Michigan cavalry, is reported killed, and Capt. Jewett slightly wounded.

FROM BLACKFOOT.—From a gentleman who arrived here this week from Blackfoot, and who intends to return this fall, we learn that there is likely to be considerable suffering from a lack of provisions during the coming winter, and a deal of trouble is anticipated from Vigilance Committees. There is a great prejudice existing between the emigrants from the East and West "sides" of the Rocky Mountains. Our informant mentions having seen sixteen men hanging on one tree!

THE War Department mustered out 29,900 troops on the 14th of August. Of this number 6,000 were from the Middle Department, 8,000 from Washington, 5,000 from Kentucky, 8,000 from North Carolina, and 2,000 from Mississippi. Another dated 19th September, directs the mustering out of another large body of troops, which will number about 40,000, 20,000 of whom are enlisted troops, rated in the Northern States.

During the month of August, $4,800,000 in treasure was received at San Francisco from the interior and north coast. The yield of Nevada was less than $1,000,000.

The paper is to be continued at Salem, in connection with the *Arena* and Washington *Democrat*, under the name of *Arena Democrat*, with Mr. Bellinger, late editor of the *Arena* and Mr. Hicks, of the Washington *Democrat*, as its editors.

LIVERY AND FEED STABLE.—Our friend C. D. Bacheler, of Owyhee Ferry recollection, has located in Ruby for the winter, and opened up a No. 1 livery and feed stable in the rear of the Idaho Saloon. If there is any man in the county who knows how to keep a horse hotel, and do the fair thing by man and beast, 'Bach' will answer the description. Read his adv.

BULLION.—We were shown four fine bricks at the office of the Morning Star mill, during the week. Three of the bricks were from Oro Fino ore, and one from Morning Star, and were valued at from twenty-two to thirty-five hundred dollars each.

MORTON & LORENZ advertise their new meat market, situate on Main street, in Ruby. This is the market formerly owned by Philip Collier. Glad to see business continue, and we predict prosperity for the new firm. Go and see them.

CHURCH MEETING.—By reference to advertisements, the reader will see that the citizens are determined to found a religious society and erect a suitable building therefor, in this place. Let there be a good turn-out to the meeting tonight.

The Sacramento *Union* says enough is known to justify the statement that the Assembly of California will have twenty Union majority, and the *Call* figures up twenty-six Union majority in the Senate.

HON. CHAUNCEY N. NOTEWARE, Secretary of State of Nevada, has placed us under obligations for very useful public documents. We never fail to "return thanks" for such favors.

WE are much obliged to Mr. Shoenbar for a copy of the Idaho *Statesman*, in advance of mails.

---

**Summons.**

[illegible block]

To W. E. ROWE:
In the name of the People of the United States in the Territory of Idaho, you are hereby notified that there is now on file in the office of the Clerk of the District Court of the 3d Judicial District of said Territory, in Ruby City, Owyhee county, the complaint of Benjamin B. Alverson, who sues you to recover the sum of One Thousand Three Hundred and Ninety-nine Dollars, due him on a special contract, as will more fully appear in a certified copy of the complaint herewith served; and that unless you appear and answer to said complaint within twenty days after the service hereof, if served within Owyhee county; within thirty days, if served out of said county, but within said Judicial District, and within forty days if served out of said District, (exclusive of the day of service); judgment by default will be taken against you for the said sum of One Thousand Three Hundred and Ninety-Nine Dollars, and the costs of suit and disbursements.

In testimony whereof, I, Wm. Law, Jr., Clerk of said District Court, have hereunto set my [L.S.] hand and affixed the Private Seal (there being no official seal provided) of said Court, at Ruby City, this 8th day of September, A. D. 1865.

WM. LAW, Jr.,
Clerk of District Court.
By T. D. BECKETT,
Deputy.

[Revenue Stamp, 50 cts.]

I hereby certify that the foregoing is a true and correct copy of the complaint in the above entitled cause now on file in my office.

WM. LAW, Jr.,
Clerk District Court.
By T. D. BECKETT,
Deputy.

Sept. 30, 1865—7-4w

**SHERIFF'S SALE.**

BY VIRTUE OF AN EXECUTION, TO ME directed, out of the Probate Court of Ruby City Township, in Owyhee county, Territory of Idaho, in favor of William Johnson and against Frank Wilber & Co. for the sum of $90.90 debt, $8.00 dollars and twenty-one and 30/100 dollars costs of suit, I have levied upon and taken into execution all the right, title and interest of said defendants in and to the following described property, to wit: a ranch on Sinker creek, Owyhee county, situate about ten (10) miles below Ainsworth's mill, on Sinker creek in said county. Public notice is hereby given, that on Friday, the 20th day of October, 1865, at 10 o'clock A. M. of said day, in front of the court house door, in Ruby city, I will sell the above described property at public auction, to the highest bidder for cash, said lands formerly known as the Anderson ranch—to satisfy said judgment, costs, and all accruing costs.

E. SANFORD,
Sheriff Owyhee Co.
By A. C. SPRINGER, Under-Sheriff.

Dated September 20, 1865.

---

---

## BRIGHAM & WEEKS,

J. E. BRIGHAM.   R. H. WEEKS.

Ruby City, I. T.

### DEALERS IN
## STOVES, TIN - PLATE,
SHEET-IRON,
COPPER,
LEAD PIPE,
PUMPS,
ZINC, ETC.

—And Manufacturers of—

Tin, Copper and Sheet Iron Ware.

N. B.—Repairing done with neatness and dispatch.
BRIGHAM & WEEKS.
Ruby city, August 26th, 1865.   n2-3m

## BANK EXCHANGE

—BY—

**B. W. BEEDE.**

MAIN ST., (opposite Wells, Fargo & Co.) Ruby City.

THE proprietor of this well known place of resort takes pleasure in informing his friends and the public, that he is prepared to receive them and administer to their spiritual comfort by furnishing the choicest

**WINES, CIGARS and LIQUORS**

To be found in the market. At the Bank Exchange the lovers of

## BILLIARDS

May indulge in this charming exercise on a superior Table.   6-3m.

Morning Star G. & S. Tunnel Co.—An assessment of one dollar per share was this day levied on all the assessable stock of the Morning Star Gold and Silver Tunnel Company, payable to the Secretary of said company, on or before the 10th day of October, 1865, at the Company's Office, in Silver City, Owyhee county, I. T. Any stock upon which said assessment shall remain unpaid on Monday, the 16th day of October, 1865, will be advertised as delinquent and sold to pay said assessments. All stock upon which the August assessment remains unpaid will be advertised for sale on the 30th day of September, A. D. 1865.
JOHN A. POST, Sec'y.
Silver City, Sept. 15, 1865.   6-td.

**Dissolution of Co-partnership.**

NOTICE IS HEREBY GIVEN, THAT THE Co-partnership heretofore existing between the undersigned is and has been this day dissolved by mutual consent.

W. F. Sommercamp is fully authorized to collect all debts due the late firm, and assumes all liabilities thereof.
WM. S. STEVENS,
WM. F. SOMMERCAMP.
Sept. 23.   6-2w.

## MINERS' HOME,
**Washington St., Silver City.**

THIS HOTEL, SITUATED ON WASHINGTON street, between Third and Fourth streets, Silver City, Owyhee county, I. T., has just been refitted and refurnished throughout by the present proprietor, and now offers accommodations equal to any hotel in the Territory.

BOARD, Per Week,................. $15 00
BOARD & LODGING,................. 18 00
SINGLE MEALS,................. 1 00

The proprietor respectfully solicits a share of the public patronage.
CHARLES HANSON, Proprietor.
August 26th, 1865.   1tf

## BOOKS, BOOKS.

**A. H. WEBB.**

WASHINGTON ST., SILVER CITY, I. T.,

Wholesale and Retail Dealer in all Kinds of

## BOOKS AND STATIONERY,
KEEPS ON HAND

Wells, Fargo & Co.'s Envelopes,
REVENUE AND POSTAGE STAMPS.
September 23, 1865.   6-tf

## NEW STATE HOTEL,

MONROE & COLLINS, Proprietors,

MAIN STREET,...............Ruby City, I. T.

THE proprietors, having fitted up the above Hotel in superior style, are prepared to furnish...

OUR BAR will be supplied with the best Wines, Liquors and Cigars.   n2-3m

## H. HERMAN & CO.,
### Wholesale and Retail Dealers
—IN—
**CLOTHING, GROCERIES, HARDWARE,**
—AND—
**GENERAL MERCHANDISE,**

Ruby City, I. T., and Dalles, Oregon.

RECEIVING our Goods direct from the New York and San Francisco markets, we are enabled to sell cheaper for cash than any other firm in this vicinity.   H. HERMAN & CO.

## MEAT MARKET.

**HUBBARD & LUCAS,.........Proprietors.**

North Side of the Plaza,

Corner Main and Granite Sts......Ruby City, I. T.

THE BEST MEATS KEPT CONSTANTLY on hand, such as
BEEF,            MUTTON,
VEAL,            SAUSAGES,
n2-3m.            &c.

## H. H. TUTTLE,
### Carriage and Wagon Maker,

JORDAN ST., SILVER CITY,

(In connection with Gill & McMahon, Blacksmiths.)

HAVING PERMANENTLY LOCATED IN Silver, I am prepared to do all work in my line in superior style and on short notice.

WAGONS, BUGGIES, &c., REPAIRED,
CARS and WHEEL-BARROWS

Manufactured to Order.

Wagons and buggies bought and sold. Will pay a good price for old wagons. Will receive good wood in exchange for work.

Being in receipt of a large supply of STATES LUMBER, I shall construct, for the coming winter, a number of FANCY CUTTERS, for this market, and at prices to defy competition.

All Painting done. Give me a call.   n2-2

Text of "Indian Fight in Queen River Valley"
*The Owyhee Avalanche*
Saturday Morning, September 30, 1865
(The Quinn River Valley used to be known as the "Queen")

"For several days prior to the 10th instant, camp fires were noticed on the west side of the valley; therefore, on that day, Capt. Payne, of the 1st Nevada Cavalry, with eighteen men, started to call on them. On the 10th he camped at Buffalo Station, and on the 11th went on a scout, but found no savages, and camped on Willow Creek; that night the locality of the camp fires was definitely ascertained, and the next morning at 1 o'clock the Captain broke camp and proceed cautiously to within half a mile of the place, where he arrived at day break. Just at this time the Indians discovered their danger, when Capt. P. ordered Lieut. Littlefield and nine men to advance between the mountain and camp, and he took nine on the valley side. A charge was ordered and each officer and man went for scalps, and fought the scattering devils over several miles of ground for three hours, in which time all were killed that could be found. A search among the sage resulted in the discovery of thirty-one permanently friendly Indians. More must have been kill and died from their wounds, as a strict search was not made, and the extent of the battlefield so great. Several tons of friend berries, grass seeds, and other food, were completely destroyed. The camp consisted of about seventy Indians, who were evidently preparing to make a raid somewhere, as new bows, arrows, and other implements of war, were found partially or fully completed. Private Edwin Billings was severely, though not fatally, wounded. No other casualties among the boys.

Appropriately, we may mention that during the summer reports were put in circulation prejudicial to Lieut. Littlefield's conduct s an officer and soldier. After making thorough enquiry of officers, men and citizens, we pronounce all such reports false; and have the best of reasons for believing that on all occasions—and there were many—where the Lieutenant had an opportunity, he exhibited those important soldierly qualities—true bravery and commendable discretion: Good soldiers who live on sagebrush and fight Indians, should not be slandered."