# Exhibit 4

# Proximity of Paiute Camps
# To Planned Archaeological Digs
# (REDACTED)