```
 1  Julie Cavanaugh-Bill (State Bar No. 11533)
 2  Cavanaugh-Bill Law Offices
 3  Henderson Bank Building
 4  401 Railroad Street, Suite 307
 5  Elko, NV 89801
 6  (775) 753-4357
 7  julie@cblawoffices.org
 8
 9  William Falk (Utah Bar No. 16678)
10  2980 Russet Sky Trail
11  Castle Rock, CO
12  (319) 830-6086
13  falkwilt@gmail.com
14
15  Terry J. Lodge (Ohio Bar No. 29271)
16  316 N. Michigan St., Suite 520
17  Toledo, OH 43604-5627
18  (419) 205-7084
19  tjlodge50@yahoo.com
20
21  Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARTELL RANCH LLC, et al., | ) | Case No.: 3:21-cv-80-MMD-CLB |
| | ) | (**LEAD CASE**) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ESTER M. MCCULLOUGH, et al., | ) | **PARTIES' JOINT STIPULATION** |
| | ) | **FOR EXTENSION** |
| Defendants, | ) | **OF TIME** |
| and | ) | |
| | ) | |
| LITHIUM NEVADA CORPORATION, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |
| | | |
| WESTERN WATERSHEDS PROJECT, et al., | ) | Case No.: 3:21-cv-103-MMD-CLB |
| | ) | (**CONSOLIDATED CASE**) |
| Plaintiffs, | ) | |
| | ) | |
| RENO SPARKS INDIAN COLONY, et al., | ) | |

1

|    |                                           |   |
|----|-------------------------------------------|---|
| 1  |                                           ) |
| 2  | Intervenor-Plaintiffs,                    ) |
| 3  |                                           ) |
| 4  | and                                       ) |
| 5  |                                           ) |
| 6  | BURNS PAIUTE TRIBE,                       ) |
| 7  |                                           ) |
| 8  | Intervenor-Plaintiff.                     ) |
| 9  |                                           ) |
| 10 | v.                                        ) |
| 11 |                                           ) |
| 12 | UNITED STATES DEPARTMENT OF THE           ) |
| 13 | INTERIOR, et al.,                         ) |
| 14 |                                           ) |
| 15 | Defendants,                               ) |
| 16 | and                                       ) |
| 17 |                                           ) |
| 18 | LITHIUM NEVADA CORPORATION,               ) |
| 19 |                                           ) |
| 20 | Intervenor-Defendant.                     ) |

After meeting and conferencing on administrative record issues and on this proposed Motion, and pursuant to LR 26-3 and LR IA 6-1, all parties jointly propose the following stipulation:

WHEREAS, the parties to this consolidated case previously submitted Case Management Reports and Stipulations pursuant to Fed. R. Civ. Proc. 16 and the Court's Orders Re: Case Management Report, and on September 13, 2021, the Court entered their stipulations as its scheduling order as a single, consolidated case (ECF 94);

WHEREAS, the Federal Defendants on October 1, 2021 produced the administrative record in light of Plaintiff-Intervenors' claims under the National Historic Preservation Act ("NHPA record") and since that time, in compliance with the Court's order, the Intervening Plaintiffs have met and conferred with Defendant Bureau of Land Management (BLM) concerning certain requested supplementation of that record. In

response, Defendant BLM has expressed a willingness to review its files to determine whether there are supplemental items that might resolve some of the objections by Intervening Plaintiffs;

WHEREAS, Intervening Plaintiffs face an October 29, 2021 deadline to file motions objecting to the composition of the NHPA record by minute order of Court (ECF 104);

WHEREAS, Defendant BLM's counsel has advised the parties that some of the key staff members in the BLM's Winnemucca, Nevada office have recently fallen ill and that consequently the agency has not been able to complete its internal file review to complete the meet-and-confer step. This unavailability of BLM staff also has caused Defendant BLM's counsel difficulties in consulting with staff on responses to three pending motions, the Bartell Plaintiffs' Motion to Complete and Supplement the Administrative Record (ECF 107)' Defendant Lithium Nevada Corp.'s Motion to Supplement the Record and Take Judicial Notice (ECF 110); and the Conservation Group Plaintiffs' Motion on the Administrative Record (ECF 111) in time to respond to those motions by BLM's present November 5, 2021 deadline.

WHEREAS, all parties agreed to extend all litigation deadlines by one week in an effort to resolve some supplementation issues by consent and possibly reduce the need for motion practice on the administrative record, as well as to give Defendant BLM and Lithium Nevada additional time for response to pending motions and to extend time for the parties which have moved for supplementation of the record to reply to Defendant BLM's responses;

THEREFORE, the Parties agree and stipulate that the following deadlines will apply:

1. Intervenor-Plaintiffs Reno-Sparks Indian Colony, Atsa koodakuh wyh Nuwu/People of Red Mountain and the Burns-Paiute Tribe and Lithium Nevada shall be granted until November 5, 2021 to file objections and motions for supplementation of the NHPA record.

2. Responses to the Bartell Plaintiffs, Conservation Group Plaintiffs' and Defendant Lithium Nevada Corp.'s respective motions concerning the earlier Administrative Record compiled in response to their claims shall be due by November 12, 2021.

3. Replies to the responses on the motions shall be due by November 19, 2021.

The filing of administrative record motions will require a new proposed schedule for summary judgment briefing. The Parties will file a new proposed schedule for summary judgment briefing by November 15, 2021.

Dated this 29th Day of October 2021

Respectfully submitted,

/s/ Dominic M. Carollo
DOMINIC M. CAROLLO
Admitted Pro Hac Vice
dcarollo@carollolegal.com
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
Ph: (541) 957-5900
Fax: (541) 957-5923

O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468
Local Counsel for Plaintiffs

*Attorneys for Plaintiffs Edward Bartell and Bartell Ranch, LLC*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

/s/ Leilani Doktor
LEILANI DOKTOR (HI Bar 11201)
ARWYN CARROLL (MA Bar 675926)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Laura K. Granier
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq
(Wyo. Bar No. 6-3825)
Admitted Pro Hac Vice
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
Fax: 307-739-9544
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor Lithium Nevada Corp.*

/s/ Terry J. Lodge
Terry J. Lodge, Esq. (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627

(419) 205-7084
tjlodge50@yahoo.com

William Falk, Esq (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
(319) 830-6086
falkwilt@gmail.com

Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
 (775) 753-4357
julie@cblawoffices.org

*Attorneys for Intervening Plaintiffs the Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu/People of Red Mountain*

/s/ Roger Flynn
Roger Flynn, (Colo. Bar #21078), Pro Hac Vice
Jeffrey C. Parsons, (Colo. Bar #30210), Pro Hac Vice
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org
Attorneys for Plaintiffs GBRW, BRW, and WD

/s/ Talasi Brooks
Talasi B. Brooks (ISB #9712), Pro Hac Vice
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208) 336-9077
tbrooks@westernwatersheds.org
Attorney for Plaintiff WWP

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000
c.mixson@kempjones.com

*Attorneys for Plaintiffs GBRW, BRW, WD, and WWP*

/s/ Rick Eichstaedt

Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone: (509) 251-1424
Email: rick@wheatlawoffice.com

Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorneys for Plaintiff-Intervenor Burns Paiute Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

                        By: /s/Terry J. Lodge
                        Terry J. Lodge, Esq. (Ohio Bar No. 29271)