TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*ATTORNEYS FOR FEDERAL DEFENDANTS*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **BARTELL RANCH, LLC**, a Nevada limited liability company and **EDWARD BARTELL**, <br><br>　　　　　　Plaintiffs, <br><br> vs. <br><br> **ESTER M. MCCULLOUGH**, Winnemucca District Manager, Bureau of Land Management; **BUREAU OF LAND MANAGEMENT**, <br><br>　　　　　　Defendants, <br><br> and <br><br> **Lithium Nevada CORP.**, <br><br>　　　　　　Defendant-Intervenor. | Case No.: **3:21-cv-00080-MMD-CLB** <br><br> **STIPULATION ON PROPOSED BRIEFING SCHEDULE ON SUMAMRY JUDGMENT** |

Pursuant to the Court's October 29, 2021 Order, ECF 113, the parties stipulate to the following schedule to resolve this case.

WHEREAS, four motions to complete or supplement the administrative record have been filed (ECF 108, 110, 111, and 115) staying summary judgment briefing;

WHEREAS, in the parties' Joint Stipulation for Extension of Time (approved by this Court on October 29, 2021 Order, ECF 113) the parties informed the Court that the parties would submit an updated proposed scheduling order;

THEREFORE, the parties submit that the following deadlines would apply:

1. In the event the Court denies the pending motions to complete the administrative record, the parties agree that opening motions for summary judgment shall be filed within 30 days of the Court's decision. If the Court grants all or part of the motions to complete the administrative record, the parties agree that opening motions for summary judgment shall be filed within 30 days of Federal Defendants lodging of the new administrative record with the Court and all parties. The parties agree to a reasonable amount of time for Federal Defendants to produce documents and lodge the administrative record.

Following resolution of the administrative record, briefs for summary judgement shall be filed pursuant to the following page limits and schedule:

2. Plaintiffs and Plaintiffs Intervenors opening motions for summary judgment and brief in support of their motion for summary judgment are limited to 40 pages for Plaintiff Bartell Ranch, et al., 40 pages for Plaintiff WWP, et al., 25 pages for Plaintiff Intervenors Reno Sparks Indian Colony and 25 pages for Plaintiff Intervenors the Burns Paiute Tribe;

3. Federal Defendants and Lithium Nevada shall file their separate cross-motions for summary judgment (combined with their opposition to Plaintiffs' and Plaintiff Intervenors' motions), limited to 40 pages in response to Plaintiffs Bartell Ranch, et al., 40 pages in response to Plaintiff WWP, et al., and 50 pages in response to Plaintiff

Intervenors' motions, by no later than 45 days after filing of Plaintiff and Plaintiff Intevenors opening briefs.

4. Plaintiffs and Plaintiff Intervenors shall file their combined opposition to Federal Defendants' and Lithium Nevada's motions for summary judgment and reply in support of their motions for summary judgment, limited to 40 pages each for Plaintiffs Bartell Ranch, et al., and Plaintiffs WWP, et al., and 25 pages each for Plaintiff Intervenors Reno Sparks Indian Colony and the Burns Paiute Tribe, by no later than 30 days after filing of Federal Defendants and Defendant Intervenors. The parties recognize that in order to effectively respond to BLM and LNC's summary judgment cross motions/responses, Plaintiffs may seek leave for additional pages for their response briefs;

5. Federal Defendants and Lithium Nevada shall file their separate replies in support of their motions for summary judgment, limited to 25 pages in reply to Plaintiffs Bartell Ranch, et al., 25 pages in reply to Plaintiff WWP, et al., and 40 pages in reply to Plaintiff Intervenors' motions, by no later than 30 days after filing of Plaintiffs and Plaintiff Intervenors responses and replies.

6. The parties respectfully request oral argument on the summary judgment motions at this Court's earliest convenience after the conclusion of briefing.

Respectfully submitted this 23rd day of November, 2021.

/s/ Talasi Brooks
Talasi B. Brooks (ISB #9712)
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

/s/ Christopher Mixson
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com
Attorney for Environmental Plaintiffs

/s/ Roger Flynn
Roger Flynn, (Colo. Bar #21078)
Jeffrey C. Parsons, (Colo. Bar #30210)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

s/Dominic M. Carollo
DOMINIC M. CAROLLO (Or. Bar. No. 093057)
*Pro Hac Vice*
dcarollo@carollolegal.com
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
Ph: (541) 957-5900
Fax: (541) 957-5923

O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468
      *Local Counsel for Plaintiffs*

*Attorneys for Plaintiffs*


TODD KIM
Assistant Attorney General

1  United States Department of Justice
2  Environment and Natural Resources Div.

3  */s/ Leilani Doktor*
   Leilani Doktor (HI Bar 11201)
4  Arwyn Carroll (MA Bar 675926)
   Trial Attorney
5  Natural Resources Section
6  P.O. Box 7611
   Washington, D.C. 20044-7611
7  Phone:  202-305-0447
   Fax:  202-305-0506
8  leilani.doktor@usdoj.gov
9  arwyn.carroll@usdoj.gov

10  *Attorneys for Federal Defendants*

11  s/ Laura Granier
12  LAURA K. GRANIER (SBN 7357)
    ERICA K. NANNINI (SBN 13922)
13  Holland & Hart LLP
    5441 Kietzke Lane, 2nd Floor
14  Reno, Nevada 89511
15  Tel: 775-327-3000
    lkgranier@hollandhart.com
16  eknannini@hollandhart.com

17  *Attorneys for Lithium Nevada Corp.*

18

19  s/ William Falk
    William Falk, Esq (Utah Bar No. 16678)
20  2980 Russet Sky Trail
21  Castle Rock, CO 80101
    (319) 830-6086
22  falkwilt@gmail.com

23
    Julie Cavanaugh-Bill (State Bar No. 11533)
24  Cavanaugh-Bill Law Offices
    Henderson Bank Building
25  401 Railroad Street, Suite 307
26  Elko, NV 89801
    (775) 753-4357
27  julie@cblawoffices.org

28  Terry J. Lodge, Esq. (Ohio Bar No. 29271)

316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

*Attorneys for Intervening Plaintiffs RSIC and People of Red Mountain*

s/ Rick Eichstaedt
Rick Eichstaedt (Wash. Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
(509) 251-1424
rick@wheatlawoffice.com

Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
West Liberty Street, Suite 700
Reno, Nevada  89501
(775) 852-3900
Facsimile:(775) 327-2011
Email:  lbubala@kcnvlaw.com

*Attorneys for Intervening Plaintiff Burns Paiute Tribe*

**ORDER**

IT IS SO ORDERED.

DATED THIS 24th Day of November 2021

_____
CHIEF JUDGE MIRANDA DU
UNITED STATES DISTRICT JUDGE