**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH, LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>  Defendants,<br><br>and<br><br>LITHIUM NEVADA CORP.,<br><br>  Defendant-Intervenor. | *Lead Case:*<br>**Case No. 3:21-cv-00080-MMD-CLB**<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR LITHIUM NEVADA CORP.'S UNOPPOSED MOTION TO FILE SUR-REPLIES OR IN THE ALTERNATIVE TO STRIKE** |

For good cause shown, Defendant-intervenor Lithium Nevada Corp.'s unopposed motion for leave to file sur-replies is GRANTED.

It is hereby ordered that on or before December 10, Federal Defendants and Lithium Nevada may each file a sur-reply to the Reply in Support of their Motion to Supplement the Record (ECF No. 140) filed by the People and Reno-Sparks Indian Colony, addressing the new arguments within the Reply.

IT IS SO ORDERED:

_____
Miranda M. Du
United States District Judge

DATED: 12/6/2021