1  Louis M. Bubala III (Nevada Bar No. 8974)
   KAEMPFER CROWELL
2  50 West Liberty Street, Suite 700
   Reno, Nevada   89501
3  Telephone:   (775) 852-3900
   Facsimile:    (775) 327-2011
4  Email:   lbubala@kcnvlaw.com

5  Rick Eichstaedt (Washington Bar No. 36487 *Admitted Pro Hac Vice*)
   WHEAT LAW OFFICES
6  25 West Main Avenue, Suite 320
   Spokane, Washington 99201
7  Telephone:    (509) 251-1424
   Email:  rick@wheatlawoffice.com
8
   Attorneys for the Burns Paiute Tribe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ESTER M. McCULLOUGH, *et al.*,<br><br>　　　　　Defendants, | ***Lead Case:***<br>Case No.:   3:21-cv-00080-MMD-CLB |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | ***Consolidated with:***<br>Case No.:    3:21-cv-00103-MMD-CLB<br><br>**TRIBAL PLAINTIFFS' FOR STAY PENDING APPEAL**<br><br>**IMMEDIATE ATTENTION REQUESTED** |

　　　　Intervenor-Plaintiffs Burns Paiute Tribe and Reno-Sparks Indian Colony, ("Tribal Plaintiffs") hereby submit this Motion for Stay Pending Appeal. On September 3, 2021, this

1

Court issued an order which denied Tribal Plaintiffs' Motion for Preliminary Injunction ("PI Motion") (ECF No. 92). On November 8, 2021, this Court denied a motion to reconsider that order (ECF No. 117). The ARPA permit was issued for the Thacker Pass Lithium Mine (the "Project") on September 29, 2021, and the ARPA permit's Field Work Authorization was issued on December 16, 2021, which will allow ground disturbing activities to occur at any time.

Ground disturbing activities including mechanical trenching operations, hand-dug pits, and the removal of artifacts created by the Tribal Plaintiffs' ancestors will cause irreparable harm to Tribal Plaintiffs. Therefore, Tribal Plaintiffs must seek appellate review of this Court's denial of Tribal Plaintiffs' PI Motion and Motion for Reconsideration. Tribal Plaintiffs hereby move this Court for a Stay Pending Appeal to preserve the status quo while the Ninth Circuit has an opportunity to review Tribal Plaintiffs' request for relief.

Counsel for Tribal Plaintiffs have contacted opposing counsel. Counsel for Lithium Nevada Corporation and federal defendants oppose this request. Bartell plaintiffs take no position on the motion. Counsel for WWP *et al.* indicates no opposition to the motion.

The standard for issuing an injunction pending appeal is analogous to the standard of review applied in deciding whether to grant preliminary injunctive relief. *Lopen v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983). Thus, to avoid redundancy and as grounds for this Motion, Tribal Plaintiffs hereby incorporate and reallege the arguments submitted in the previous briefing to this Court on Tribal Plaintiffs' PI Motion and Motion for Reconsideration.

Although this Court denied Tribal Plaintiffs' Motion for Preliminary Injunction and Motion for Reconsideration, it should grant this Motion for Stay Pending Appeal based on the important legal and factual issues involved in this case that will be reviewed by the Ninth Circuit. It is beyond dispute that any ground disturbing activities at the Project will cause harm to

the Tribal Plaintiffs. Plaintiffs intend on filing for emergency relief before the Ninth Circuit and will request a ruling on an expedited basis. Thus, any Stay Pending Appeal issued by this Court would be of very limited duration. A Stay would not result in any economic harm to any party to this case and there are critical legal issues that need to be resolved by the Court of Appeals that necessitated a temporary injunction pending that review.

Tribal Plaintiffs respectfully request this Court to issue an Order staying any ground disturbing activities at the Project pending the Ninth Circuit's resolution of Tribal Plaintiffs' appeal. Due to the threat of immediate ground disturbing activities, Tribal Plaintiffs request this Court's immediate attention to this Motion.

Dated this 3rd day of January 2022.

WHEAT LAW OFFICE

By:/s/*Rick Eichstaedt*
RICK EICHSTAEDT

Attorneys for Burns Paiute Tribe

/s/*William Falk*
William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2022, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

By:/s/*Rick Eichstaedt*
RICK EICHSTAEDT