Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al., | Case No.: 3:21-cv-80-MMD-CLB |
| Plaintiffs, | (**LEAD CASE**) |
| v. | |
| ESTER M. MCCULLOUGH, et al., | **MOTION TO WITHDRAW AS PEOPLE OF RED MOUNTAIN'S COUNSEL** |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB |
| Plaintiffs, | (**CONSOLIDATED CASE**) |
| RENO SPARKS INDIAN COLONY, et al., | |

1

|   |   |   |
|---|---|---|
| 1 | | ) |
| 2 | Intervenor-Plaintiffs, | ) |
| 3 | | ) |
| 4 | and | ) |
| 5 | | ) |
| 6 | BURNS PAIUTE TRIBE, | ) |
| 7 | | ) |
| 8 | Intervenor-Plaintiff. | ) |
| 9 | | ) |
| 10 | v. | ) |
| 11 | | ) |
| 12 | UNITED STATES DEPARTMENT OF THE | ) |
| 13 | INTERIOR, et al., | ) |
| 14 | | ) |
| 15 | Defendants, | ) |
| 16 | and | ) |
| 17 | | ) |
| 18 | LITHIUM NEVADA CORPORATION, | ) |
| 19 | | ) |
| 20 | Intervenor-Defendant. | ) |

Attorneys Will Falk and Terry J. Lodge, pursuant to LR IA 11-6, respectfully move to withdraw as counsel for Atsa Koodakuh wyh Nuwu/People of Red Mountain in this matter.

Falk and Lodge represent that there is good cause for withdrawal as irreconcilable differences with the People of Red Mountain have arisen that make Falk's and Lodge's representation unreasonably difficult as set forth in Nevada Rule of Professional Conduct (NRCP) 1.16(b)(6). There is also a significant risk that the representation of one of Falk's and Lodge's clients will be materially limited by their responsibilities to their other client, the Reno-Sparks Indian Colony under Rule 1.7(a)(2).

On December 17, 2021, Falk and Lodge delivered a letter to the People of Red Mountain notifying them that Falk and Lodge planned on filing a motion to withdraw on January 7, 2022.

LR IA 11-6(b) requires that if an attorney seeks to withdraw after appearing in case, the attorney must file a motion and serve it on the affected client and opposing counsel. Under Federal Rule of Civil Procedure 5(b)(2)(C), service is complete upon mailing the motion to an officer of the People of Red Mountain. On January 7, 2022, Falk served this motion to withdraw by mailing it to the last known address of Daranda Hinkey, Secretary of the People of Red Mountain.

No trial or hearing is currently set in this case. Falk and Lodge's withdrawal should not result in delay of discovery, Currently, the Federal Defendants have until January 26, 2022 to lodge the administrative record, and motions for summary judgment are not due until 30 days after the Federal Defendants have lodged the administrative record. So, the People of Red Mountain should have adequate of time to identify new counsel ahead of dispositive deadlines.

If this Court grants this Motion, Falk and Lodge respectfully request that the People of Red Mountain be afforded the 14 days described in LR IA11-6(b) to find new counsel.

Respectfully submitted on this 7th day of January, 2022.

/s/ William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520

Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Julie Cavanaugh-Bill
(State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, January 7, 2022, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

/s/William Falk
Utah Bar No. 16678