Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678) *Pro Hac Vice*
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271) *Pro Hac Vice*
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No. 3:21-cv-103-MMD-CLB |
| Plaintiffs, | 3:21-cv-080-MMD-CLB |
| and | |
| RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU/ PEOPLE OF RED MOUNTAIN | **PROOF OF SERVICE** |
| Plaintiff-Intervenor, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants | |

```
                                          )
and                                       )
                                          )
                                          )
LITHIUM NEVADA CORP.                      )
                                          )
         Defendant-Intervenor             )
                                          )
_____   )
```

COMES NOW, CAVANAUGH-BILL LAW OFFICES, LLC, submits this Proof of Service for Motion to Withdraw as Counsel for Reno-Sparks Indian Colony.

_____
Julie Cavanaugh-Bill
NV Bar No.: 11533
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357

1
2   Louis M. Bubala, III
3   Kaempfer Crowell
4   50 W. Liberty St. Ste. 700
5   Reno, NV 89501
6
7   Laura Granier
8   Holland & Hart LLP
9   5441 Kietzke Lane
10  2nd Floor
11  Reno, NV 89511
12
13  Erica K. Nannini
14  Holland & Hard LLP
15  5441 Kietzke Lane
16  2nd Floor
17  Reno, NV 89511
18
19  Hadassah M. Reimer
20  PO Box 68
21  25 S. Willow Street
22  Suite 200
23  Jackson, WY 83001
24
25
26
27
28
29
30

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jon Salisbury, being first duly sworn, deposes and says: That at all times herein affiant was and is over 18 years of age, and not a party to, nor interested in the proceedings in which this affidavit is made. That affiant received one copy of the LETTER AND MOTION TO WITHDRAW AS LOCAL COUNSEL Case No. 3:21-cv-103-MMD-CLB on the 5th day of January, 2022 and served the same on the 6th day of January, 2022 at 922 hrs.

By serving Reno Sparks Indian Colony, by personally serving and leaving a copy with Jessica Castillo (Administrative Assistant) at 34 Reservation Road, NV 89502.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED THIS 6th Day of January, 2022

_____
Signature of person making service.

Jon Salisbury
_____
Printed name-Process Server
ACES Process Service LIC#2100C
P. O. Box 51244 Sparks, NV 89435