Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>　　　　Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>　　　　Intervenor-Defendant. | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br><br><br><br><br>**STIPULATION TO SUBSTITUTE LOCAL COUNSEL** |
| WESTERN WATERSHEDS PROJECT, et al.,<br><br>　　　　Plaintiffs,<br><br>RENO SPARKS INDIAN COLONY, et al., | Case No.: 3:21-cv-103-MMD-CLB<br>(**CONSOLIDATED CASE**) |

|  |  |  |
|---|---|---|
|  | Intervenor-Plaintiffs, | ) |
|  | and | ) |
|  | BURNS PAIUTE TRIBE, | ) |
|  | Intervenor-Plaintiff. | ) |
|  | v. | ) |
|  | UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) |
|  | Defendants, | ) |
|  | and | ) |
|  | LITHIUM NEVADA CORPORATION, | ) |
|  | Intervenor-Defendant. | ) |

Pursuant to Local Rule IA 11-6(c), through counsel, the Intervening Plaintiff Reno-Sparks Indian Colony (RSIC), withdrawing attorney Julie Cavanaugh-Bill, and newly-appearing attorney Vicky Oldenburg stipulate that Ms. Cavanaugh-Bill will be replaced by Ms. Oldenburg as local counsel for RSIC.

RSIC, Ms. Cavanaugh-Bill, and Ms. Oldenburg request that this Court confirm this substitution of local counsel as its order.

This substitution will not result in delay of discovery, trial, or any hearing in the case. And, Ms. Oldenburg's signature constitutes an express acceptance of all dates set for pretrial proceedings, trial, or hearings.

Respectfully submitted on this 21st day of January, 2022.

s/Arlan D. Melendez
Honorable Chairman
Reno-Sparks Indian Colony
34 Reservation Road

Reno, NV 89502

s/Julie Cavanaugh-Bill
NV Bar No.: 11533
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357

s/Vicky Oldenburg
NV Bar No.: 4770
P.O. Box 17422
Reno, NV 89511
(775) 971-4245

s/Will Falk
Utah Bar No.: 16678
2980 Russet Sky Trail
Castle Rock, CO 80108
(319) 830-6086

s/Terry J. Lodge
Ohio Bar No.: 29271
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084

IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE

DATED:_____

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 21, 2022, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

            /s/Will Falk
            Utah Bar No. 16678