**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>ESTER MCCULLOUGH, *et al.*,<br><br>    Defendants. | Case Nos.  3:21-CV-0080-MMD-CLB<br>                      3:21-CV-0103-MMD-CLB<br><br>**ORDER GRANTING<br>MOTIONS TO WITHDRAW**<br><br>[ECF No. 160, 163] |

Before the Court is Julie Cavanaugh-Bill's ("Cavanaugh-Bill") motion to withdraw as local counsel for two Defendants: 1) Reno Sparks Indian Colony ("RSIC"), and 2) Atsa koodakuh wyh Nuwu People of Red Mountain ("Red Mountain"). (ECF No. 160.) Also before the Court is William Falk ("Falk") and Terry Lodge's ("Lodge") motion to withdraw as to Red Mountain only. (ECF No. 163.) No opposition to either motion was filed. The Court will address each motion in turn.

### Julie Cavanaugh-Bill – ECF No. 160

As to RSIC, a substitution of counsel was filed withdrawing Cavanaugh-Bill as local counsel for RSIC only. (ECF No. 172.) Therefore, the motion to withdraw as it relates to RSIC is **DENIED as moot.** The Court notes that the Clerk erroneously assumed that newly substituted counsel, Vicky Oldenburg ("Oldenburg"), was also substituting in as local counsel for Red Mountain. The Clerk shall correct this error on the docket sheet to remove Oldenburg as local counsel for Red Mountain.

As to Red Mountain, Cavanaugh-Bill's motion to withdraw as local counsel is **GRANTED**. (ECF No. 160.)

### William Falk and Terry Lodge – ECF No. 163

Falk and Lodge moved to withdraw as counsel for Red Mountain only. (ECF No. 163.) No opposition was filed and counsel certified they served the motion to withdraw on Red Mountain by mailing it to the last known address of Daranda Hinkey, Secretary of the

People of Red Mountain. (*Id.*) The motion to withdraw is **GRANTED**. Falk and/or Lodge shall immediately file a notice with the last known address of Daranda Hinkey, Secretary of the People of Red Mountain, so the Clerk may add this information to the docket sheet for further service of documents and orders in this case. The Clerk shall then **MAIL** a copy of this order to the last known address of Daranda Hinkey.

Red Mountain is advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994).

**DATED**: January 26, 2022.

**UNITED STATES MAGISTRATE JUDGE**