TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

LEILANI DOKTOR (HI Bar 11201)
ARWYN CARROLL (MA Bar 675926)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0447
Fax: (202) 305-0506
leilani.doktor@usdoj.gov
arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>ESTER M. MCCULLOUGH, *et al.,*<br><br>            Defendants. | Case No. 3:21-cv-80-MMD-CLB<br>Related Case No. 3:21-cv-103-MMD-CLB<br>(Consolidated) |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>            Defendants. | **FEDERAL DEFENDANTS' NOTICE OF MANUAL FILING OF THE REVISED ADMINISTRATIVE RECORD** |

Federal Defendants hereby give notice that they will lodge with the Court on February 11, 2022, one flash drive containing the administrative record for the above-captioned case. Federal Defendants have revised the administrative record pursuant to this Court's December 27, 2021 Order. ECF No. 155. Attached to this notice are the certification of the administrative record (Exhibit 1), the indices to the administrative record (Exhibit 2 & 3), and a privilege log.

A courtesy copy of the administrative record and transmittal letter were hand delivered to the Court on February 11, 2022. Copies of the administrative record were also sent to counsel for Plaintiffs, Plaintiff-Intervenor and Defendant-Intervenor.

The documents have been recorded in PDF format on the flash drive. To the extent a user alters the files, the altered files will no longer reflect the information used by the agency to make the decision challenged in this case and will be extra-record evidence.

The files on the flash drive have been consecutively Bates stamped. Also included on the drive is an index to the administrative record. The document numbers in each index entry have been hyperlinked to the corresponding file for convenient navigation.

Respectfully submitted this 11th day of February 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Leilani Doktor*
LEILANI DOKTOR (HI Bar 11201)
ARWYN CARROLL (MA Bar 675926)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506

leilani.doktor@usdoj.gov
arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing FEDERAL DEFENDANTS' NOTICE OF MANUAL FILING OF THE ADMINISTRATIVE RECORD was made through the Court's electronic filing and notice system (CM/ECF).

Dated: February 11, 2022.

*/s/ Leilani Doktor*
LEILANI E. DOKTOR