TODD KIM
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH, LLC, et al., <br> Plaintiffs, <br> v. <br> ESTER M. MCCULLOUGH, et al., <br> Defendants. | Case No. 3:21-cv-80-MMD-CLB <br><br> **DECLARATION OF KENTON M. LODA** |

I, Kenton M. Loda, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Lead Geologist for the Humboldt River Field Office, Bureau of Land Management (BLM), United States Department of the Interior. The Humboldt River Field Office is located in the BLM's Winnemucca District Office in Winnemucca, Nevada. I have held this position since June 29, 2014. As the Lead Geologist, I served as the Project Manager for the review of Lithium Nevada's mining and exploration plans of operations for the Thacker Pass Lithium Mine Project (Project) that is the subject of the challenge in the above-captioned litigation. This review, pursuant to BLM's surface management regulations, 42 C.F.R. subpart 3809, required preparation of an Environmental Impact Statement and consultations with federally recognized tribes under the National Environmental Policy Act (NEPA) and the National Historic Preservation Act (NHPA). The Project area encompasses approximately 18,000 acres of public lands in the Thacker Pass area of Humboldt County, Nevada.

2.      In my role as Project Manager, I oversaw the compilation of the BLM's administrative record for the action challenged in the above-captioned matter. My oversight role consisted of quality assurance and quality control over the records searches that contributed to the administrative record, as well as the record indexing that followed.

3.      Following the court's December 27, 2021 order (ECF No. 155) regarding the administrative record lodged with the court on November 23, 2021, I oversaw the addition to the administrative record of (i) all deliberative documents previously excluded, (ii) all comments between BLM and Bartell Ranch LLC and Edward Bartell previously excluded, and (iii) letters from the Nevada Division of Environmental Protection, Bureau of Ming Regulation and Reclamation and Nevada Department of Wildlife letters described at ECF No. 155 at 11-14 .

4.      Attached to this declaration are the updated indices for the administrative record. The first index, labeled Environmental Claims Administrative Record, covers documents numbered TPEIS-0001 to TPEIS-1498, and includes all documents previously

Decl. of Kenton M. Loda                                                                                          2

labeled TPEIS-0001 to TPEIS-0879 (the portion of the record previously lodged) as well as all documents added to the record following the court's December 27, 2021 order. The second index, labeled NHPA Claims Administrative Record, covers documents numbered TPNHPA-0001 to TPNHPA-0257, and includes all documents previously labeled TPNHPA-0001 to TPNHPA-0187 (the portion of the record previously lodged) as well as documents added to the record following the court's December 27, 2021 order. All documents listed in the indices are hyperlinked and contained on a flash drive labeled "Thacker Pass AR 2022-02-10"

5. Based on my knowledge and information, I hereby certify, all records identified in the attached indices and provided to the Court and parties, constitute a true and correct copy of the relevant records as retained in the BLM's files and include all materials directly or indirectly considered for the BLM decisions at issue in this case. The administrative record does not include privileged materials or information. Those records are described on the privilege log submitted herewith.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of February 2022 in Winnemucca, Nevada.

_____
Kenton M. Loda