| | | | | Environmental and NHPA Claims Project Record – Privilege Log | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **File Name** | **Open File** | **Start Bates Number** | **End Bates Number** | **Notes Regarding Bates Number** | **Document Title/Subject** | **Document Date** | **Number of Pages in File** | **Author** | **Is this a Key Document? (Y/N)** | **Document Classification/Type** | **Privilege Asserted** | **Description of Privileged Materials** | **Withheld or Redacted?** |
| **TPEIS-0007** | OPEN FILE | AR-000337 | AR-000536 | | Report: A Cultural Resources Inventory of Drill Pads and Associated Access Routes for Proposed Lithium Exploration, Thacker Pass, Humboldt County, Nevada | 2007-08-30 | 200 | Simons, Dwight D. (Kautz Environmental Consultants, Inc) | No | Cultural Resources Inventory - confidential; Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0008** | OPEN FILE | AR-000537 | AR-000641 | | Reference: Berg, A., P. Barker, and K. Manske. 2008. A Class III Cultural Resources Inventory of 1,230 Acres for the Western Energy Development Corporation, Thacker Pass Lithium Exploration Project, Humboldt County, Nevada. ASM Affiliates, Reno, Nevada. BLM Report CR2-3003(P). Submitted to Winnemucca District Office of the Bureau of Land Management, Winnemucca, Nevada. | 2008-11-01 | 105 | Berg, Adam; Barker, Pat; Manske, Kelly | No | Cultural Resources Inventory - confidential; Cultural; EIS References - Main Body | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0013** | OPEN FILE | AR-000892 | AR-000960 | | Report: A Class III Cultural Resource Inventory of the Kings Valley Lithium Project Expansion, Humboldt County, Nevada | 2011-01-01 | 69 | Chambers Group, Inc. | No | Cultural Resources Inventory - confidential; Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0020** | OPEN FILE | AR-001502 | AR-001636 | | Report: A Class III Inventory of a 2,256-Acre Parcel for Western Lithium's Kings Valley Lithium Project, Humboldt County, Nevada | 2012-04-01 | 135 | McCabe, Allen; Neidig, Steven; Rice, Sarah; Young, D. Craig | No | Cultural Resources Inventory - confidential; Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0068** | OPEN FILE | AR-006820 | AR-006850 | | Reference: WRC. 2018b. Lithium Nevada Thacker Pass Project. 2018 Golden Eagle and Raptor Nesting Surveys. Revised January 15, 2019. | 2019-01-15 | 31 | Wildlife Resource Consultants LLC | No | Eagles | Protected wildlife data. | MOU between BLM and NDOW protecting certain data from public release. | Redacted |
| **TPEIS-0077** | OPEN FILE | AR-008947 | AR-008987 | | Reference: WRC. 2019b. Lithium Nevada Thacker Pass Project. 2019. Golden Eagle and Raptor Nesting Surveys. June 21, 2019. | 2019-06-21 | 0 | Wildlife Resource Consultants LLC | No | Eagles; GIS | Protected wildlife data. | MOU between BLM and NDOW protecting certain data from public release. | Redacted |
| **TPEIS-0090** | OPEN FILE | AR-082372 | AR-082378 | | Document: Preliminary Draft EIS Chapter 1 submitted as a deliverable from ICF to BLM on October 16, 2019 | 2019-10-16 | 7 | Bureau of Land Management (Bureau of Land Management; BLM) | No | NEPA | Deliberative, protected information | Deliberative procsss | Withheld |
| **TPEIS-0096** | OPEN FILE | AR-012065 | AR-012134 | | Reference: Cedar Creek. 2019f. Bird and Bat Conservation Plan, Lithium Nevada Thacker Pass Project. Prepared for Lithium Nevada Corp. October 2019. | 2019-10-25 | 70 | Cedar Creek Associates, Inc. | No | Eagles; EIS References - Main Body | Protected wildlife data. | Document contains sensitive location information | Provided pursuant to the Protective Order |
| **TPEIS-0109** | OPEN FILE | AR-082388 | AR-082397 | | Document: Preliminary Draft EIS Chapter 1 with track changes and comments from BLM | 2019-11-25 | 10 | Michel, Robin (Bureau of Land Management; BLM); Owen, Dana (Bureau of Land Management; BLM) | No | NEPA | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0116** | OPEN FILE | AR-015330 | AR-015343 | | Reference: Saxelby. 2019d. Thacker Pass Project – Predicted Golden Eagle Nest Noise Levels. December 24, 2019. | 2019-12-24 | 14 | Saxelby Acoustics LLC | No | Noise; Eagles; EIS References - Main Body | Protected wildlife data. | Document contains sensitive location information | Provided pursuant to the Protective Order |
| **TPEIS-0166** | OPEN FILE | AR-031321 | AR-031356 | | Reference: Saxelby. 2020. Supplemental Eagle Nest Noise Assessment – Lithium Nevada Thacker Pass Project. Letter to Catherine Clark. April 28, 2020.SRK (SRK Consulting, U.S., Inc.). 2017. Technical Memorandum Summary of Noxious and Invasive Weeds at the Western Lithium Project. | 2020-04-28 | 36 | Saxelby, Luke (Saxelby Acoustics LLC) | No | Noise; Eagles; EIS References - Main Body | Protected wildlife data. | Document contains sensitive location information | Provided pursuant to the Protective Order |
| **TPEIS-0267** | OPEN FILE | AR-035322 | AR-035325 | | Reference: Moore, J. 1993. The Class III Archaeological Survey of SR293 Kings River Road from Orovada to Kings River Valley. Nevada Department of Transportation. BLM Report CR2-2433(P). Submitted to Winnemucca District Office of Bureau of Land Management, Winnemucca, Nevada. | 1993-03-25 | 4 | Moore, Joseph M. | No | Cultural Resources Inventory - confidential; Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0269** | OPEN FILE | AR-035330 | AR-035531 | | Reference: Young, D.C., J. King, A. Garner, A. Hoskins, E. Martin, A. McCabe, E. Obermayr, and S. Waechter. 2019. Volume 1: Technical Report Class III Cultural Resources Inventory of 12,963 Acres for Lithium Nevada's Thacker Pass Project, Humboldt County, Nevada. BLM Report CR2-3402(P). Submitted to Winnemucca District Office of Bureau of Land Management, Winnemucca, Nevada. Submitted on behalf of Lithium Nevada Corporation, Reno, Nevada. | 2019-10-01 | 202 | Young, D. Craig; King, Jerome; Garner, Albert; Hoskins, Andrew; Martin, Erik; McCabe, Allen; Obermayr, Erich; Waechter, Sharon | No | Cultural Resources Inventory - confidential; Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0283** | OPEN FILE | AR-037191 | AR-037194 | | Report: Class III Cultural Resource Inventory of 500 Acres for the Montana Mountains Fire Sagebrush Ecosystem Restoration Project, Humboldt County, Nevada | 2017-12-01 | 4 | Brierley, Sheila; Leon, Alysia; van Renssalaer, Maximillian | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |

| Doc ID | Link | Bates Start | Bates End | Description | Date | Pages | Author/Source | Privilege Log? | Category | Basis | Rationale | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-0284** | OPEN FILE | AR-037195 | AR-037203 | Report: A Cultural Resources Inventory of 5,192 Acres for the Montana Mountains Cooperative Fuels Treatment Project, Humboldt County, Nevada | 2012-12-01 | 9 | Mullins, Danny; Karpinski, Mark | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0285** | OPEN FILE | AR-037204 | AR-037206 | Report: Class III Cultural Resources Inventory for the Montana Mountains Fuels Project, Humboldt County, NV | 2011-12-01 | 3 | Nadolski | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0286** | OPEN FILE | AR-037207 | AR-037210 | Report: A Class III Cultural Resources Inventory of 2,280 Acres for the Montana Mountains Sagebrush Ecosystem Restoration Project, Humboldt County, Nevada | 2015-07-01 | 4 | Powell, Chris (Great Basin Institute) | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0287** | OPEN FILE | AR-037211 | AR-037212 | Report: A Class III Inventory of the Quinn River Valley Water Well Notice | 2016-10-01 | 2 | Whetstone, Tanner (Bureau of Land Management; BLM) | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0304** | OPEN FILE | AR-082714 | AR-082746 | Comment: Cooperating Agency comments on Thacker Pass Preliminary Draft EIS submitted in March 2020 | 2020-03-18 | 33 | Bureau of Land Management (Bureau of Land Management; BLM); U.S. Environmental Protection Agency (EPA) | Yes | Comment Letters | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0305** | OPEN FILE | AR-082747 | AR-082920 | EIS: Thacker Pass Lithium Mine Project Preliminary Draft Environmental Impact Statement (Cooperating Agency Review Draft) | 2020-04-15 | 174 | Bureau of Land Management (Bureau of Land Management; BLM) | Yes | NEPA | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0307** | OPEN FILE | AR-082921 | AR-083182 | Comment: Cooperating Agency comments on Thacker Pass Preliminary Draft EIS submitted in June 2020 | 2020-06-04 | 262 | Bureau of Land Management (BLM); U.S. Environmental Protection Agency (EPA); Nevada Department of Wildlife (NDOW); U.S. Fish and Wildlife Service (USFWS) | Yes | Comment Letters | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0308** | OPEN FILE | AR-083183 | AR-083664 | EIS: Thacker Pass Lithium Mine Project Draft Environmental Impact Statement (Internal Review Draft) | 2020-06-05 | 482 | Bureau of Land Management (Bureau of Land Management; BLM) | Yes | NEPA | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0332** | OPEN FILE | AR-044686 | AR-044717 | Reference: WRC. 2020. Lithium Nevada Thacker Pass Project 2020 Golden Eagle Nesting Survey Report. September 1, 2020. | 2020-09-01 | 32 | Wildlife Resource Consultants LLC | No | Eagles; EIS References - Main Body | Protected wildlife data. | Document contains sensitive location information | Provided pursuant to the Protective Order |
| **TPEIS-0383** | OPEN FILE | AR-086159 | AR-088658 | EIS: Thacker Pass Lithium Mine Project Final Environmental Impact Statement (Review Version) | 2020-11-23 | 2500 | Bureau of Land Management (Bureau of Land Management; BLM) | No | NEPA | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft document | Withheld |
| **TPEIS-0475** | OPEN FILE | AR-088681 | AR-088683 | Letter: Signed and dated consultation letter from BLM to the Nevada State Historic Preservation Office (SHPO) providing a copy of the Draft Memorandum of Agreement and Historic Properties Treatment Plan for the Thacker Pass Project and requesting comment | 2020-08-28 | 3 | Bureau of Land Management (Bureau of Land Management; BLM) | No | Cultural | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0476** | OPEN FILE | AR-088684 | AR-088685 | Letter: Letter from the Nevada State Historic Preservation Office (SHPO) to BLM providing comments on the Historic Properties Treatment Plan for the Thacker Pass Project | 2020-10-02 | 2 | Nevada State Historic Preservation Office (SHPO) | No | Comment Letters | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Redacted |
| **TPEIS-0577** | OPEN FILE | AR-058118 | AR-058217 | Reference: CHEMETICS 2640 MTPD Sulphur Burning Sulphuric Acid Plant Prefeasibility Study – REPORT, August 2018 | 2018-08-01 | 100 | CHEMETICS | No | Air; EIS References - Appendix K | Proponent requested confidentiality | Document contains proprietary business information. | Provided pursuant to the Protective Order |
| **TPEIS-0720** | OPEN FILE | AR-068193 | AR-068377 | E-mail: E-mail between Ken Loda (BLM) and Kelly Fuller (Western Watersheds Project) titled "Request for Thacker Pass DEIS references" in which Ken Loda (BLM) provides the Western Watersheds Project with copies of three documents referenced in the Draft EIS per their request | 2020-09-11 | 185 | Loda, Ken (Bureau of Land Management; BLM) | No | News/Correspondence | Attachments contained protected wildlife data. | Eagle nest locations. | Provided pursuant to the Protective Order |
| **TPEIS-0879** | OPEN FILE | AR-082175 | AR-082175 | Map: Map of the Nevada Department of Wildlife Greater Sage-Grouse telemetry locations | 2015-09-01 | 1 | Nevada Department of Wildlife (NDOW) | No | Greater Sage Grouse | Protected wildlife data. | MOU between BLM and NDOW protecting certain data from public release. | Provided pursuant to the Protective Order |
| **TPEIS-0933** | OPEN FILE | AR-111905 | AR-111908 | Comment: Draft Response letter to the Great Basin Resource Watch with comments related to the Solicitor's review which was transmitted via e-mail between Heather O'Hanlon (BLM) and Ester McCullough (BLM) titled "Response letter for Jon Raby" in which Ester McCullough provides approval of the draft response letter | 2020-05-27 | 4 | O'Hanlon, Heather (Bureau of Land Management; BLM); McCullough, Ester (Bureau of Land Management; BLM) | No | Comment Letters | Deliberative Process Privilege | Predecisional and deliberative internal agency discussions regarding draft response to comment | Withheld |

| Doc ID | Link | Bates Begin | Bates End | Description | Date | Pages | To/From/CC | Family | Subject | Privilege | Basis | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-0938** | OPEN FILE | AR-111931 | AR-111933 | E-mail: E-mail between Erica Anderson (DOI SOL), Ester McCullough (BLM), Brian Amme (BLM), and Jon Raby (BLM) titled "Thacker Pass - RMPA" in which the Solicitor provides an opinion on whether the BLM needs to include the RMP Amendment in the DEIS and whether a waiver for time and page limits will be needed | 2020-06-11 | 3 | Anderson, Erica (Department of the Interior; DOI SOL); McCullough, Ester (Bureau of Land Management; BLM); Amme, Brian (Bureau of Land Management; BLM); Raby, Jon (Bureau of Land Management; BLM) | No | NEPA; Waiver | Attorney-Client Privilege | Attorney-Client Privilege | Withheld |
| **TPEIS-0939** | OPEN FILE | AR-111934 | AR-111941 | Document: Draft Notice of Availability (NOA) for the Thacker Pass Draft EIS with comments and edits from the Solicitor's Office transmitted via e-mail between Erica Anderson (DOI SOL) and Ester McCullough (BLM) titled "Thacker - NOA" | 2020-06-11 | 8 | Anderson, Erica (Department of the Interior; DOI SOL); McCullough, Ester (Bureau of Land Management; BLM) | No | Draft EIS; Notice of Availability | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-0942** | OPEN FILE | AR-111947 | AR-111949 | Comment: Updated Draft Response letter to the Great Basin Resource Watch with edits from the Solicitor's office that was transmitted via e-mail from the DTS System to Ester McCullough (BLM) titled "DTS Notice: A surnamed document has been updated" | 2020-06-18 | 3 | Anderson, Erica (Department of the Interior; DOI SOL) | No | Comment Letters | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1103** | OPEN FILE | AR-096346 | AR-096398 | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL), forwarded from Andrew Newman (ICF), titled "Thacker Pass EIS - Updated Scoping Comment Table" that discusses Scoping comments | 2020-03-05 | 53 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Newman, Andrew (ICF) | No | Public Participation; Scoping | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1113** | OPEN FILE | AR-096418 | AR-097055 | E-mail: E-mail between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker Pass EIS - Updated Scoping Comment Table" that discusses comments from Scoping Process | 2020-03-13 | 638 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Comments; Scoping | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1125** | OPEN FILE | AR-097337 | AR-097577 | E-mail: E-mails between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker Pass EIS - Updated Scoping Comment Table" that discusses response to scoping comments and attachments supporting documents and additional information on information that should not be including in the EIS and other NEPA documents. | 2020-03-18 | 241 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Scoping Comments | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1138** | OPEN FILE | AR-097645 | AR-097676 | E-mail: E-mail from Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker Pass EIS - Updated Scoping Comment Table" that provides additional information to Ken regarding potential alternatives and provides an example scoping report table of comments. | 2020-03-26 | 32 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Scoping Comments | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1179** | OPEN FILE | AR-098872 | AR-099083 | E-mail: E-mail between Ken Loda (BLM), Erica Anderson (DOI SOL), titled "Thacker Pass EIS - Revised Scoping Report" in which they discuss edits to the report | 2020-04-10 | 212 | Loda, Ken (Bureau of Land Management, BLM); Anderson, Erica (Department of the Interior, DOI SOL) | Yes | Revised Scoping Report | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |
| **TPEIS-1194** | OPEN FILE | AR-099344 | AR-099346 | E-mail: E-mail between Ken Loda (BLM), Erica Anderson (DOI SOL) and Andrew Newman (ICF) titled "Thacker Pass EIS - Revised Scoping Report" in which Ken Loda provides feedback and edits for the EIS | 2020-04-10 | 3 | Loda, Ken (Bureau of Land Management; BLM); Erica Anderson (U.S. Department of the Interior; DOI); Newman, Andrew (ICF) | No | Revised Scoping Report; Comments | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |
| **TPEIS-1241** | OPEN FILE | AR-099863 | AR-099962 | E-mail: E-mail between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker Pass Briefing" in which Ken Loda provides a copy of the Thacker Pass Lithium Mine Project Schedule, a copy of the Scoping Summary Report, and a copy of the Public Scoping Report to the DOI Solicitors in advance of a briefing on the project | 2020-05-07 | 100 | Anderson, Erica (Department of the Interior, DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | NEPA; Briefings | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1245** | OPEN FILE | AR-100251 | AR-100252 | E-mail: E-mails between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Lithium Americas/Possible Chinese Connections" that discusses Lithium America's corporate structure as it relates to Wang Xiaoshen company and the Cauchari-Olaroz project financial arrangement. | 2020-05-08 | 2 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Administrative | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |

| ID | | | | Description | Date | Pages | Author/Recipients | | Subject | Privilege | Justification | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-1271** | OPEN FILE | AR-100524 | AR-100698 | E-mail: E-mail from Ken Loda (BLM) to Erica Anderson (DOI SOL) titled "Thacker Pass EIS administrative DEIS" in which Ken Loda provides the DOI Solicitors with the April 15, 2020 version of the Administrative Draft EIS which the ID Team and Nevada State Office are currently reviewing | 2020-05-19 | 175 | Loda, Ken (Bureau of Land Management; BLM) | No | Preliminary Draft EIS | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1274** | OPEN FILE | AR-100877 | AR-100880 | E-mail: E-mail between Ken Loda (BLM), David Pritchett (BLM), and Erica Anderson (DOI SOL) titled "Thacker Pass EIS, FWS coordination" discussing the options for how the Eagle Take Permit impacts will be covered under NEPA by the BLM and/or the USFWS and which poses questions to the Solicitors about legal obligations for the Eagle Take Permit | 2020-05-21 | 4 | Loda, Ken (Bureau of Land Management; BLM); Pritchett, David (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Eagles | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1277** | OPEN FILE | AR-100889 | AR-100892 | E-mail: E-mail between Ken Loda (BLM), Ester McCullough (BLM), Erica Anderson (DOI SOL), Robin Michel (BLM), and Katherine Farrell (BLM) titled "Thacker Pass EIS, FWS coordination" discussing a memo prepared by the BLM to document why the proponent's Eagle Take Permit does not rise to the level of "substantial change" | 2020-06-01 | 4 | Loda, Ken (Bureau of Land Management; BLM); McCullough, Ester (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Michel, Robin (Bureau of Land Management; BLM) | No | Eagles | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and between BLM and SOL soliciting legal advice regarding draft document and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1278** | OPEN FILE | AR-100893 | AR-100895 | E-mail: E-mail between Ken Loda (BLM), Ester McCullough (BLM), and Erica Anderson (DOI SOL) titled "Thacker Pass EIS, FWS coordination" discussing the author for the memo to be prepared by the BLM documenting why the proponent's Eagle Take Permit does not rise to the level of "substantial change" | 2020-05-28 | 3 | Loda, Ken (Bureau of Land Management; BLM); McCullough, Ester (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Eagles | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1288** | OPEN FILE | AR-100940 | AR-100943 | E-mail: E-mail between Ester McCullough (BLM), Ken Loda (BLM), and Erica Anderson (DOI SOL) titled "Re: Questions/comments from Steve Fettig on Thacker EIS" discussing response to USFWS | 2020-06-05 | 4 | McCullough, Ester (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Cooperating Agencies | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1290** | OPEN FILE | AR-100946 | AR-100950 | E-mail: E-mail between Ken Loda (BLM), Katherine Farrell (BLM), and Erica Anderson (DOI SOL) titled "Thacker Pass EIS, FWS coordination" discussing the Eagle Take Permit memo | 2020-06-08 | 5 | Loda, Ken (Bureau of Land Management; BLM); Farrell, Katherine (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | FWS Coordination; Eagle Take Permit | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1317** | OPEN FILE | AR-101526 | AR-101527 | E-mail: E-mail between Stephen Fettig (USFWS), Amedee Brickey (USFWS), Adele Young (DOI SOL) and Ken Loda (BLM) titled "Thacker Pass draft EIS comments; application 76086D (EAITS, pending, Lithium Nevada, Humboldt County, NV)" in which the USFWS provides info on eagle mitigation options and comments on EIS alternatives | 2020-06-18 | 2 | Fettig, Stephen (U.S. Fish and Wildlife Service; USFWS); Brickey, Amedee (U.S. Fish and Wildlife Service; USFWS); Young, Adele (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Eagles | Attorney-Client Privilege and Deliberative Process Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1319** | OPEN FILE | AR-101530 | AR-101551 | E-mail: E-mail between Ken Loda (BLM), Kendra Nitta (DOI), Kirk Rentmeister (BLM) titled "Thacker Pass discussion" in which BLM discusses feedback provided by BLM superior Kim Dow (BLM) pertaining to the statewide 3355 bi-weekly coordination call. | 2020-06-17 | 22 | Loda, Ken (Bureau of Land Management; BLM); Nitta, Kendra (Department of the Interior; DOI SOL); Rentmeister, Kirk (Bureau of Land Management; BLM) | No | Mitigation IM; MOU; NEPA | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1343** | OPEN FILE | AR-101800 | AR-101806 | Document: Edited version of the text for the Federal Register Notice of Availability of the Draft EIS for the Thacker Pass Project, including edits and comments from the Solicitors, which was transmitted via e-mail from Heather O'Hanlon (BLM) to Ken Loda (BLM) titled "3_2020-05-01-Thacker_Pass_NOA_FRN_FINAL (2) (1)_SOL.EA.EM.6.11.20 (1)" | 2020-06-15 | 7 | O'Hanlon, Heather (Bureau of Land Management; BLM) | No | NEPA; Notice of Availability | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |

| Bates | File | AR Start | AR End | Description | Date | Pages | Recipients | Attachment | Subject | Privilege | Reason | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-1349** | OPEN FILE | AR-101839 | AR-101841 | E-mail: E-mail between Ken Loda (BLM), Stephen Sappington (BLM), Kirk Rentmeister (BLM), Sandra Brewer (BLM), Kendra Nitta (DOI), Erica Anderson (DOI SOL), and Ester McCullough (BLM) titled "Comments on DEIS" in which the DOI Solicitors provide direction on how to address a specific comment in the DEIS | 2020-06-22 | 3 | Loda, Ken (Bureau of Land Management; BLM); Sappington, Stephen (Bureau of Land Management; BLM); Rentmeister, Kirk (Bureau of Land Management; BLM); Brewer, Sandra (Bureau of Land Management; BLM); Nitta, Kendra (Department of the Interior; DOI SOL); Anderson, Erica (Department of the Interior; DOI SOL); McCullough, Ester (Bureau of Land Management; BLM) | No | Draft EIS; Comment Response | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1350** | OPEN FILE | AR-101842 | AR-101844 | E-mail: E-mail between Ken Loda (BLM), Stephen Sappington (BLM), Kirk Rentmeister (BLM), Sandra Brewer (BLM) and Kendra Nitta (DOI) titled "Comments on DEIS" which discusses the path forward for addressing a specific comment in the DEIS in response to suggestions from the DOI Solicitors | 2020-06-17 | 3 | Loda, Ken (Bureau of Land Management; BLM); Sappington, Stephen (Bureau of Land Management; BLM); Rentmeister, Kirk (Bureau of Land Management; BLM); Brewer, Sandra (Bureau of Land Management; BLM); Nitta, Kendra (Department of the Interior; DOI SOL) | No | Draft EIS; Comment Response | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1358** | OPEN FILE | AR-101870 | AR-102066 | E-mail: E-mail between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker DEIS - SOL Edits" discussing the various Solicitor comments that are anticipated on the Draft EIS and reminding BLM that these comments are not be shared publicly | 2020-06-15 | 197 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions between BLM and SOL with email soliciting legal advice from SOL and SOL response regarding draft EIS. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1359** | OPEN FILE | AR-102067 | AR-102260 | E-mail: E-mail from Ken Loda (BLM) to Andrew Newman (ICF) titled "Thacker DEIS - SOL Edits" forwarding the Solicitor edits from Erica Anderson (DOI SOL) to ICF to be addressed and reminding ICF that none of the Solicitor comments should go into any comment summary documents | 2020-06-12 | 197 | Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1360** | OPEN FILE | AR-102261 | AR-102460 | E-mail: E-mail between Adele Young (DOI SOL) and Amedee Brickey (USFWS) titled "*Attorney Client Privileged* Thacker Pass EIS comments" which discusses the mitigation ratio used for the action alternatives in the Thacker Pass Draft EIS | 2020-06-18 | 200 | Young, Adele (Department of the Interior; DOI SOL); Brickey, Amadee (U.S. Fish and Wildlife Service; USFWS) | No | Draft EIS; Solicitors Review; Wildlife | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1361** | OPEN FILE | AR-102461 | AR-102659 | E-mail: E-mail from Ken Loda (BLM) to Andrew Newman (ICF) titled "*Attorney Client Privileged* Thacker Pass EIS comments" forwarding the Solicitor edits from Adele Young (DOI SOL) to ICF to be addressed and reminding ICF the mitigation ratio language needs to be worked out with USFWS | 2020-06-18 | 199 | Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review; Wildlife | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1362** | OPEN FILE | AR-102660 | AR-102660 | E-mail: E-mail between Andrew Newman (ICF) and Ken Loda (BLM) titled "Thacker Pass - Solicitor comment on Alternative Mine Location" in which Ken Loda (BLM) provides an opinion on how to address one of the Solicitor's comments about an alternative mine location | 2020-06-17 | 1 | Newman, Andrew (ICF); Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1363** | OPEN FILE | AR-102661 | AR-102663 | E-mail: E-mail between Ken Loda (BLM), Stephen Sappington (BLM), Kirk Rentmeister (BLM), Sandra Brewer (BLM), Kendra Nitta (DOI), and Erica Anderson (DOI SOL) titled "Comments on DEIS" in which the BLM agrees with the DOI Solicitors about removing a sentence from the Draft EIS that is unnecessary for a NEPA document | 2020-06-18 | 3 | Loda, Ken (Bureau of Land Management; BLM); Sappington, Stephen (Bureau of Land Management; BLM); Rentmeister, Kirk (Bureau of Land Management; BLM); Brewer, Sandra (Bureau of Land Management; BLM); Nitta, Kendra (Department of the Interior; DOI SOL); Anderson, Erica (Department of the Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1364** | OPEN FILE | AR-102664 | AR-102666 | E-mail: E-mail from Ken Loda (BLM) to Kendra Nitta (DOI) titled "Thacker Pass discussion" passing along to the Solicitors the position expressed by Mr. Vacca's supervisor during the statewide 3355 bi-weekly coordination call | 2020-06-17 | 3 | Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1368** | OPEN FILE | AR-103046 | AR-103053 | E-mail: E-mail between Ken Loda (BLM), Ester McCullough (BLM), Adele Young (DOI SOL), Erica Anderson (DOI SOL) titled "Re: >>>> Attorney Client Privileged >>>> Thacker Pass DEIS 19 June version versus solicitor's comment" discussing compiling SOL comments after DEIS delivery | 2020-06-29 | 8 | Anderson, Erica (Department of the Interior; DOI SOL); McCullough, Ester (Bureau of Land Management; BLM); Loda, Ken (Bureau of Land Management; BLM); Young, Adele (Department of the Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Redacted |
| **TPEIS-1369** | OPEN FILE | AR-103054 | AR-103059 | E-mail: E-mail between Ken Loda (BLM), Ester McCullough (BLM), Adele Young (DOI SOL), Erica Anderson (DOI SOL); and Andrew Newman (ICF) titled "Re: >>>> Attorney Client Privileged >>>> Thacker Pass DEIS 19 June version versus solicitor's comment" discussing compiling SOL comments after DEIS delivery and ICF's addressing of the responses | 2020-06-30 | 6 | Anderson, Erica (Department of the Interior; DOI SOL); Newman, Andrew (ICF); McCullough, Ester (Bureau of Land Management; BLM); Loda, Ken (Bureau of Land Management; BLM); Young, Adele (Department of the Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1370** | OPEN FILE | AR-103060 | AR-103263 | E-mail: E-mail from Ken Loda (BLM) to Andrew Newman (BLM) titled "<<<< Attorney Client Privileged >>>> Solicitor concerns with 19 June DEIS" transmitting attached Thacker Pass DEIS 6/19/2020 version with SOL Comments | 2020-06-29 | 204 | Loda, Ken (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1371** | OPEN FILE | AR-103264 | AR-103300 | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL), Kathleen Rehberg (BLM) titled "Re: Sort of Final Thacker Pass ROD" sharing attached Thacker Pass 1/14/2021 Almost Final ROD | 2021-01-14 | 37 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Rehberg, Kathleen (Bureau of Land Management; BLM) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Redacted |

| ID | Link | Bates Begin | Bates End | | Description | Date | Pages | Recipients | Attach | Category | Privilege | Justification | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-1372** | OPEN FILE | AR-103301 | AR-103304 | | E-mail: E-mail between Erica Anderson (DOI SOL), Ken Loda (BLM), and Kathleen Rehberg (BLM) titled "RE: Sort of Final Thacker Pass ROD" discussing that the ROD should be clear on what Appendix A conditions apply | 2021-01-14 | 4 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Rehberg, Kathleen (Bureau of Land Management; BLM) | No | ROD; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Redacted |
| **TPEIS-1374** | OPEN FILE | AR-103308 | AR-103310 | | E-mail: E-mail between Ken Loda (BLM), Erica Anderson (DOI SOL), and Andrew Newman (ICF) titled "<<< Attorney Client Privileged>>> Fw: [EXTERNAL] Thacker Pass ATP DEIS" discussing final comments/edits on the ATP DEIS | 2020-07-14 | 3 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Newman, Andrew (ICF) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Redacted |
| **TPEIS-1375** | OPEN FILE | AR-103311 | AR-103701 | | E-mail: E-mail between Andrew Newman (ICF) and Ken Loda (BLM) titled Thacker DEIS 19 June version, related comment & response table sharing and discussing attached redlined 6/19/20 DEIS with SOL's comments, titled "TP_DEIS_Chapters1-7_2020-0605_SOL.EA_6.11.20_ICF_Responses.doc" and "Thacker Pass DEIS_FWS Solicitor Comments_ICF Response_2020-0618.docx" | 2020-07-01 | 391 | Loda, Ken (Bureau of Land Management; BLM); Newman, Andrew (ICF) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege and Deliberative Process Privilege | Predecisional and deliberative internal agency discussions and email soliciting legal advice from SOL. Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1376** | OPEN FILE | AR-103702 | AR-103702 | | E-mail: E-mail from Michaela Noble (DOI SOL) to Ken Loda (BLM), Jon Raby (BLM), and Erica Anderson (DOI SOL) titled "Thacker Pass Lithium Mine Project" discussing recommendations ahead of the team review | 2020-07-13 | 1 | Noble, Michaela (Department of Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1377** | OPEN FILE | AR-103703 | AR-103704 | | E-mail: E-mails between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<Attorney Client Privileged>>> Fw: [EXTERNAL] Thacker Pass Project - Visual Resources Question" discussing a response to Kevin Emmerich at Basin and Range Watch's question regarding VRM classification | 2020-08-02 | 2 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); Emmerich, Kevin (Basin and Range Watch) | No | Visual Resources; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Redacted |
| **TPEIS-1378** | OPEN FILE | AR-103705 | AR-103708 | | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<ATTORNEY CLIENT PRIVILEGED>>> Thacker Pass ponderings" in which the Solicitor provides opinions about what BLM could require in their NEPA document and discusses setting up a call between BLM and the Solicitors Office | 2020-09-01 | 4 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1379** | OPEN FILE | AR-103709 | AR-103711 | | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<ATTORNEY CLIENT PRIVILEGED>>> Thacker Pass ponderings" in which the Solicitor provides an opinion about a BLM question on tailings and leasable minerals produced during the recovery of lithium at the Thacker Pass mine | 2020-09-01 | 3 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1384** | OPEN FILE | AR-103721 | AR-103967 | | E-mail: E-mail from Erica Anderson (DOI SOL) to Ken Loda (BLM) titled "Thacker - Appendices R and S" in which the Solicitors Office provides privileged comments on Appendix R - Comment Responses | 2020-10-19 | 247 | Anderson, Erica (Department of the Interior; DOI SOL) | No | Draft EIS; Comment Response; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality | Withheld |
| **TPEIS-1385** | OPEN FILE | AR-103968 | AR-103970 | | E-mail: E-mail between Erica Anderson (DOI SOL) and Ken Loda (BLM) titled "Thacker - appendix N" which discusses language used in Appendix N of the Thacker Pass Draft EIS | 2020-10-19 | 3 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM) | No | Preliminary Final EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1387** | OPEN FILE | AR-103981 | AR-103985 | | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<Attorney-Client privileged>>> Fw: [EXTERNAL] Re: Thacker Pass follow up documents" in which the Solicitors Office provides an opinion on how to respond to an inquiry from Edward Bartell | 2020-12-14 | 5 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Water Resources; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |
| **TPEIS-1388** | OPEN FILE | AR-103986 | AR-103989 | | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<Attorney-Client privileged>>> Fw: [EXTERNAL] Re: Thacker Pass follow up documents" in which the BLM provides responses to several questions from the Solicitors Office in an effort to provide a response to an inquiry from Edward Bartell | 2020-12-14 | 4 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Water Resources; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |
| **TPEIS-1389** | OPEN FILE | AR-103990 | AR-103993 | | E-mail: E-mail between Ken Loda (BLM) and Erica Anderson (DOI SOL) titled "<<<Attorney-Client Privileged>>> Fw: [EXTERNAL] Thacker Pass FEIS air quality citations needed" discussing the BLM's responsibility to provide reference documents to public commenters | 2020-12-22 | 4 | Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Air Quality; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |
| **TPEIS-1391** | OPEN FILE | AR-103996 | AR-104034 | | E-mail: E-mail from Erica Anderson (DOI SOL) to Ester McCullough (BLM) and Ken Loda (BLM) titled "Thacker - ROD" which provides comments and edits from the Solicitor's Office to the Thacker Pass ROD | 2021-01-11 | 39 | Anderson, Erica (Department of the Interior; DOI SOL) | No | ROD; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1394** | OPEN FILE | AR-104038 | AR-104040 | | E-mail: E-mail between Erica Anderson (DOI SOL), Ken Loda (BLM), and Robin Michel (BLM) titled "Thacker - Purpose and Need Statement" discussing the Purpose and Need statement to include in the Draft EIS for Thacker Pass | 2020-10-20 | 3 | Anderson, Erica (Department of the Interior; DOI SOL); Loda, Ken (Bureau of Land Management; BLM); Michel, Robin (Bureau of Land Management; BLM) | No | Administrative Draft EIS; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPEIS-1474** | OPEN FILE | AR-105429 | AR-105431 | | E-mail: E-mails between Kevin Emmerich (Basin and Range Watch), Ken Loda (BLM), and Erica Anderson (DOI SOL) titled "<<<Attorney Client Privileged>>> Fw: [EXTERNAL] Thacker Pass Project - Visual Resources Question" discussing how to appropriately handle a question from Kevin Emmerich at Basin and Range Watch in advance of the Final EIS publication | 2020-08-03 | 3 | Emmerich, Kevin (Basin and Range Watch); Loda, Ken (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL) | No | Visual Resources; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Redacted |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TPEIS-1484** | OPEN FILE | AR-106554 | AR-106652 | | E-mail: E-mail between Ken Loda (BLM), Kathleen Rehberg (BLM), Erica Anderson (DOI SOL), and Ester McCullough (BLM) titled "Sort of Final Thacker Pass ROD" in which the Solicitors Office provides some final edits to the 3809 decisions in the ROD prior to final signature | 2021-01-12 | 99 | Loda, Ken (Bureau of Land Management; BLM); Rehberg, Kathleen (Bureau of Land Management; BLM); Anderson, Erica (Department of the Interior; DOI SOL); McCullough, Ester (Bureau of Land Management; BLM) | No | ROD; Solicitors Review | Attorney-Client Privilege | Privileged communication between attorney and client in response to request for legal advice with expectation of confidentiality. | Withheld |
| **TPNHPA-0003** | OPEN FILE | | | Could not be Bates Numbered; confidential document | Report: Bureau of Land Management, Winnemucca Field Office Resource Management Plan/Environmental Impact Statement Final Ethnographic Assessment | 2006-04-01 | 326 | Bengston Consulting | No | Ethnographic Assessment | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Provided Pursuant to the Protective Order |
| **TPNHPA-0258** | OPEN FILE | AR-004736 | AR-004757 | | Document: Table documenting each of the Cultural Sites considered in the Thacker Pass Project along with Contractor Recommendations, Questions/Comments on the IMACS forms, SHPO Concurrence, and Revisions made by Far Western | 2018-01-01 | 22 | Far Western Anthropological Resource Group, Inc. | No | Cultural Resources | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Provided Pursuant to the Protective Order |
| **TPNHPA-0259** | OPEN FILE | AR-004758 | AR-005127 | | Report: September 2018 Draft of Volume II: Inventory Results Site Descriptions and Evaluations of the "Class III Inventory of 12,963 Acres for Lithium Nevada's Thacker Pass Project, Humboldt County, Nevada" (BLM Report CR2-3402(P)) | 2018-09-01 | 370 | Young, D. Craig; Garner, Albert; King, Jerome; Martin, Erik; McCabe, Allen; Obermayr, Erich; Waechter, Sharon | No | Cultural Resources; Class III Inventory Report | Information protected under National Historic Preservation Act, 54 U.S.C. § 307103, and the Archaeological Resources Protection Act, 16 U.S.C. § 470hh | Document contains sensitive location information | Provided Pursuant to the Protective Order |