TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ESTER M. MCCULLOUGH, *et al.,*<br><br>　　　　Defendants. | Case No. 3:21-cv-80-MMD-CLB<br>Related Case No. 3:21-cv-103-MMD-CLB<br>(Consolidated) |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>　　　　Defendants. | **FEDERAL DEFENDANTS' RESPONSE TO WINNEMUCCA INDIAN COLONY'S MOTION TO INTERVENE** |

**Fed. Defs' Response to Mot. to Intervene**

The Winnemucca Indian Colony moved on February 11, 2022, to intervene in this action. *See* ECF No. 179. Federal Defendants take no position on that motion.

Federal Defendants do not believe, however, that the Colony's intervention should impact resolution of the existing claims in this case. Accordingly, if the Colony is permitted to intervene, Federal Defendants intend to propose that their intervention not impact the schedule for merits briefing on the existing parties' claims and that the Colony's claims be briefed on a separate schedule.

Respectfully submitted this 24th day of February, 2022.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Div.

        */s/ Arwyn Carroll*
        ARWYN CARROLL (MA Bar 675926)
        LEILANI DOKTOR (HI Bar 11201)
        Trial Attorney
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Phone: 202-305-0465
        Fax: 202-305-0506
        arwyn.carroll@usdoj.gov
        leilani.doktor@usdoj.gov

        *Attorneys for Federal Defendants*