Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (Idaho Bar #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al., | Case No.: 3:21-cv-80-MMD-CLB (**LEAD CASE**) |
| Plaintiffs, | |
| v. | CONSERVATION GROUP PLAINTIFFS' RESPONSE TO WINNEMUCCA INDIAN COLONY'S MOTION TO INTERVENE |
| ESTER M. MCCULLOUGH, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

1

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> RENO SPARKS INDIAN COLONY, et al., ) <br> ) <br> Intervenor-Plaintiff, ) <br> ) <br> and ) <br> ) <br> BURNS PAIUTE TRIBE ) <br> ) <br> Intervenor-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> LITHIUM NEVADA CORPORATION, ) <br> ) <br> Intervenor-Defendant. ) | Case No.: 3:21-cv-103-MMD-CLB <br> (**CONSOLIDATED CASE**) |

Plaintiffs Western Watersheds Project, Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense (collectively WWP) submit this Response to the Winnemucca Indian Colony's (WIC)'s Motion to Intervene (Doc. 179). WWP supports WIC's Motion to Intervene as a full party to this case, as detailed in WIC's filings.

WWP does not agree with the Federal Defendants' position that briefing on the merits of this case should be delayed or bifurcated between the current parties' claims and WIC's claims. The Federal Defendants argue that "the Colony's claims be briefed on a separate schedule." BLM Response to WIC intervention, Doc. 181.

As the parties previously stipulated, and this Court approved, the merits of this case should

be decided on coordinated and simultaneously-filed summary judgment motions for all claims by Bartell Ranch, WWP et al., and the intervening Tribal governments. "Plaintiffs and Plaintiffs Intervenors, shall file their motion for summary judgment and brief in support of their motion for summary judgment, limited to 40 pages for Plaintiff Bartell Ranch, et al., 40 pages for Plaintiff WWP, et al., and 25 pages for Plaintiff Intervenors Reno Sparks Indian Colony and 25 pages for additional Plaintiff Intervenors the Burns Paiute Tribe." Joint Stipulation, approved Sept. 13, 2021 (Doc. 94). WIC's intervention does not change this.

Although this may result in some delay in briefing, WWP respectfully submits that having all parties' arguments before this case at one time represents the best way to resolve the important issues before this Court in this case.

Respectfully submitted this 25th day of February, 2022.

*/s/ Christopher Mixson*
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar #21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar #30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

*/s/ Talasi Brooks*
Talasi B. Brooks (Idaho Bar #9712), *Pro Hac Vice*
Western Watersheds Project

P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

Certificate of Service

I, Talasi Brooks, hereby certify that I submitted the foregoing to all parties, via this Court's ECF filing system, this 25th day of February, 2022.

*/s/ Talasi Brooks*

4