**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ESTER MCCULLOUGH, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:21-CV-00080-MMD-CLB<br><br>**ORDER** |

　　　On January 26, 2022, this Court granted two motions to withdraw as local counsel—ECF Nos. 160, 163. (ECF No. 175.) The Court advised Defendant Atsa Koodakuh Wyh Nuwu People of Red Mountain ("Red Mountain") that they needed counsel to represent them in federal court. (*Id.* at 2.)

　　　Red Mountain is again advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Red Mountain shall file a substitution of counsel on or before **Monday, May 2, 2022.**

　　　If Red Mountain fails to obtain counsel by May 2, 2022, the Court will issue a Report and Recommendation to the District Court recommending that Red Mountain's claims be dismissed, without prejudice, from this action.

　　　**IT IS SO ORDERED.**

**DATED**: March 7, 2022        .

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**