Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
Email:   lbubala@kcnvlaw.com

Rick Eichstaedt (Washington Bar No. 36487 *Admitted Pro Hac Vice*)
EICHSTAEDT LAW OFFICE, PLLC
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone:    (509) 251-1424
Email:   rick@eichstaedtlaw.net

Attorneys for the Burns Paiute Tribe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ESTER M. McCULLOUGH, *et al.*,<br><br>　　　　　　Defendants, | *Lead Case:*<br>Case No.:   3:21-cv-00080-MMD-CLB |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　　Defendants. | *Consolidated with:*<br>Case No.:    3:21-cv-00103-MMD-CLB<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

　　　Attorney for Intervenor-Plaintiffs Burns Paiute Tribe hereby provides notice that as of this date his contact information has changed as follows:

1

EICHSTAEDT LAW OFFICE, PLLC
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone:    (509) 251-1424
Email: rick@eichstaedtlaw.net

Dated this 31st day of March 2022.

By:/s/*Rick Eichstaedt*
Rick Eichstaedt (Washington Bar No. 36487 Admitted Pro Hac Vice)
EICHSTAEDT LAW OFFICE, PLLC
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone:    (509) 251-1424
Email: rick@eichstaedtlaw.net

Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:    (775) 852-3900
Facsimile:     (775) 327-2011
Email:  lbubala@kcnvlaw.com

Attorneys for Burns Paiute Tribe

## CERTIFICATE OF SERVICE

I certify that on March 31, 2022, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

By:/s/*Rick Eichstaedt*
RICK EICHSTAEDT