| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | APR 4 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BARTELL RANCH LLC; et al.,

        Plaintiffs,

ATSA KOODAKUH WYH NUWU PEOPLE OF RED MOUNTAIN,

        Intervenor-Plaintiff,

 and

RENO-SPARKS INDIAN COLONY; BURNS PAIUTE TRIBE,

        Intervenor-Plaintiffs-Appellants,

  v.

ESTER M. MCCULLOUGH, District Manager; et al.,

        Defendants-Appellees,

 and

LITHIUM NEVADA CORPORATION,

        Intervenor-Defendant-Appellee.

No.   22-15059

D.C. No. 3:21-cv-00080-MMD-CLB
District of Nevada, Reno

ORDER

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 31) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

SH/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7