UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BARTELL RANCH LLC, *et al.*, | Case No. 3:21-cv-00080-MMD-CLB |
|---|---|
| Plaintiffs, | Ninth Circuit Case No. 22-15059 |
| v. | ORDER |
| ESTER M. MCCULLOUGH, *et al.*, | |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on April 4, 2022, issued its judgment granting the Reno Sparks Indian Colony and Burns Paiute Tribe's motion for voluntary dismissal of their appeal, and stating that said order will act as the mandate thereon (ECF No. 199), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 5th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE