TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> ESTER M. MCCULLOUGH, *et al.,* <br><br>　　　　Defendants. | Case No. 3:21-cv-80-MMD-CLB <br> Related Case No. 3:21-cv-103-MMD-CLB <br> (Consolidated) |
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,* <br><br>　　　　Defendants. | **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** <br><br> **(FIRST MOTION)** |

**Fed. Defs' Mot. for Extension of Time**

Federal Defendants respectfully request an extension of time to respond to two non-dispositive motions recently filed by Intervenor-Plaintiff Reno Sparks Indian Colony (RSIC) and Plaintiffs Bartell Ranch LLC and Edward Bartell (the Bartell Plaintiffs). Neither proposed extension would alter the timeline for resolution of dispositive motions in this case.

First, on April 4, 2022, RSIC filed a motion seeking sanctions under Fed. R. Civ. P. 37(b) and 28 U.S.C. § 1927. ECF No. 200. Under Local Rule 7-2(b), Federal Defendants' deadline for responding to that motion is Monday, April 18, 2022. To accommodate the press of other litigation matters, as well as the schedules of those within the Department of Justice who must review a response to such a motion, Federal Defendants request a short, 4-day extension of this deadline to Friday, April 22, 2022. Counsel for Federal Defendants have conferred with counsel for RSIC, who stated that RSIC does not oppose this extension.

Second, on April 5, 2022, all Plaintiffs and Intervenor-Plaintiffs filed their motions for summary judgment. ECF Nos. 202–205. In addition, the Bartell Plaintiffs filed a motion asking the Court to consider extra-record evidence in connection with their summary judgment motion. ECF No. 207. Under Local Rule 7-2(b), Federal Defendants' deadline for responding to that record-related motion is April 19, 2022. Federal Defendants request an extension of this deadline, such that their response is due on May 20—at the same time as their response to the Bartell Plaintiffs' motion for summary judgment—so that Federal Defendants may coordinate their responses to these two related motions. Counsel for Federal Defendants have conferred with counsel for the Bartell Plaintiffs, who stated that the Bartell Plaintiffs do not oppose this extension.

//
//
//

**Fed. Defs' Mot. for Extension of Time**                                                                 1

In sum, Federal Defendants respectfully request the following extensions of deadlines for non-dispositive motions pending in this case:

- That their deadline for responding to ECF No. 200 be extended from April 18, 2022 to April 22, 2022; and
- That their deadline for responding to ECF No. 207 be extended from April 19, 2022 to May 20, 2022.

Respectfully submitted this 8th day of April, 2022.

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Div.
>
> /s/ Arwyn Carroll
>ARWYN CARROLL (MA Bar 675926)
>LEILANI DOKTOR (HI Bar 11201)
>Trial Attorney
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Phone:  202-305-0465
>Fax:  202-305-0506
>arwyn.carroll@usdoj.gov
>leilani.doktor@usdoj.gov
>
>*Attorneys for Federal Defendants*