Laura K. Granier (SBN 7357)
Erica K. Nannini (SBN 13922)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
(775) 327-3000
(775) 786-6179 fax
lkgranier@hollandhart.com
eknannini@hollandhart.com

Hadassah M. Reimer, Esq (Wyo. Bar No. 6-3825)
*Admitted Pro Hac Vice*
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor*
*Lithium Nevada Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ESTER M. MCCULLOUGH, et al., <br><br> Defendants, <br> and <br><br> LITHIUM NEVADA CORPORATION, <br><br> Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB <br> (**LEAD CASE**) <br><br> **ORDER ON STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE FOR LNC'S MOTION TO STRIKE EDWARD BARTELL'S DECLARATION TO MOTION FOR SUMMARY JUDGMENT (ECF No. 226)** <br> **(First Request)** |

1

The parties to the above-captioned matter hereby stipulate to extend time for briefing on Lithium Nevada's Motion to Strike Edward Bartell's Declaration (ECF No. 226), filed on May 20, 2022. Defendant-Intervenor's Reply to this motion is presently due on June 10, 2022. No hearing date on the Motion to Strike has been set.

In light of scheduling constraints, the parties stipulate that the time to file the Reply in support of the Motion to Strike (ECF No. 226) shall be extended to June 17, 2022.

Respectfully submitted June 10, 2022.

/s/ Talasi Brooks
Talasi B. Brooks (Idaho #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
tbrooks@westernwatersheds.org
*Attorney for Plaintiff WWP*

/s/ Dominic Carollo
DOMINIC M. CAROLLO (Or. #093057)
*Pro Hac Vice*
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
dcarollo@carollolegal.com
*Attorneys for Edward Bartell*

/s/ Laura Granier
LAURA K. GRANIER (SBN 7357)
ERICA K. NANNINI (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Lithium Nevada Corp.*

/s/ Roger Flynn
Roger Flynn, (CO #21078), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
*Attorneys for Plaintiffs GBRW, BRW, and WD*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.
/s/ Arwyn Carroll
ARWYN CARROLL
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
arwyn.carroll@usdoj.gov
*Attorney for Federal Defendants*

/s/ William Falk
William Falk, Esq (Utah #16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
falkwilt@gmail.com
*Attorneys for Reno-Sparks Indian Colony*

1
2
3
4
5

/s/ *Rick Eichstaedt*
Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
rick@wheatlawoffice.com
*Attorneys for Burns Paiute Tribe*

6
7
8
9
10

**IT IS SO ORDERED.**

DATED THIS 10th Day of June 2022.

_____
CHIEF U.S. DISTRICT JUDGE MIRANDA M. DU

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28