Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (ISB#9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br><br>**ORDER ON STIPULATION FOR EXTENSIONS OF BRIEFING SCHEDULE FOR LNC'S MOTION TO STRIKE PORTIONS OF EXHIBITS A, B, C, and D to ENVIRONMENTAL PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 243)**<br>**(First Request)** |

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB |
| Plaintiffs, | (**CONSOLIDATED CASE**) |
| and | |
| RENO SPARKS INDIAN COLONY, | |
| Intervenor-Plaintiff, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

The parties to the above-captioned matter hereby stipulate to extend time for briefing on Lithium Nevada's Motion to Strike portions of Environmental Plaintiffs' standing declarations (ECF No. 243), filed on June 3, 2022. Environmental Plaintiffs' response to this motion is presently due on June 17, 2022. No hearing date on the Motion to Strike has been set.

In light of scheduling constraints, and in order to simplify the proceedings, the parties stipulate that the Motion to Strike (ECF No. 243) should be briefed on the same schedule set for summary judgment briefing. Thus, the parties stipulate that the motion will be briefed on the following schedule:

Environmental Plaintiffs' Response to Motion to Strike: July 12, 2022

LNC Reply on Motion to Strike: August 11, 2022.

Respectfully submitted June 10, 2022.

| | |
|---|---|
| /s/ Talasi Brooks<br>Talasi B. Brooks (Idaho #9712), *Pro Hac Vice*<br>Western Watersheds Project<br>P.O. Box 2863<br>Boise ID 83701<br>tbrooks@westernwatersheds.org<br>*Attorney for Plaintiff WWP* | /s/ Roger Flynn<br>Roger Flynn, (CO #21078), *Pro Hac Vice*<br>WESTERN MINING ACTION PROJECT<br>P.O. Box 349, 440 Main St., #2<br>Lyons, CO 80540<br>wmap@igc.org<br>*Attorneys for Plaintiffs GBRW, BRW, and WD* |
| /s/ Dominic Carollo<br>DOMINIC M. CAROLLO (Or. #093057)<br>*Pro Hac Vice*<br>Carollo Law Group LLC<br>P.O. Box 2456<br>630 SE Jackson Street, Suite 1<br>Roseburg, Oregon 97470<br>dcarollo@carollolegal.com<br>*Attorneys for Edward Bartell* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Div.<br>/s/ Arwyn Carroll<br>ARWYN CARROLL<br>Trial Attorney, Natural Resources Section<br>Massachusetts Bar No. 675926<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>arwyn.carroll@usdoj.gov<br>*Attorney for Federal Defendants* |
| /s/ Laura Granier<br>LAURA K. GRANIER (SBN 7357)<br>ERICA K. NANNINI (SBN 13922)<br>Holland & Hart LLP<br>5441 Kietzke Lane, 2nd Floor<br>Reno, Nevada 89511<br>lkgranier@hollandhart.com<br>eknannini@hollandhart.com<br>*Attorneys for Lithium Nevada Corp.* | /s/ William Falk<br>William Falk, Esq (Utah #16678)<br>2980 Russet Sky Trail<br>Castle Rock, CO 80101<br>falkwilt@gmail.com<br>*Attorneys for Reno-Sparks Indian Colony* |

/s/ *Rick Eichstaedt*
Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
rick@wheatlawoffice.com
*Attorneys for Burns Paiute Tribe*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

DATED: 6/16/2022

_____
CHIEF U.S. DISTRICT JUDGE MIRANDA M. DU

4