Louis M. Bubala III (Nevada Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

Rick Eichstaedt (Washington Bar No. 36487 *Admitted Pro Hac Vice*)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320
Spokane, Washington 99201
Telephone: (509) 251-1424
Email: rick@wheatlawoffice.com

Attorneys for the Burns Paiute Tribe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ESTER M. McCULLOUGH, *et al.*,<br><br>　　　　　Defendants, | *Lead Case:*<br>Case No.: 3:21-cv-00080-MMD-CLB |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | *Consolidated with:*<br>Case No.: 3:21-cv-00103-MMD-CLB<br><br>**ORDER ON UNOPPOSED TRIBAL PLAINTIFFS' REQUEST FOR EXTENSION OF BRIEFING SCHEDULE (ECF. Nos. 227 & 229) (First Request)** |

　　　Pursuant to LR 26-3 and LR IA 6-1, Intervenor-Plaintiffs Burns Paiute Tribe and Reno-Sparks Indian Colony ("Tribal Plaintiffs") submit this unopposed request for extension of time

1

for Tribal Intervenors to file their joint reply brief in support of their motion for summary judgement (ECF. Nos. 203 & 205) and response to the motions for summary judgment (ECF. Nos. 227 & 229) filed by Defendants in this matter presently due on June 20. 2022.  No hearing has been set on the Motions for Summary Judgment.

Specifically, Tribal Plaintiffs seek an extension of seven (7) days for the filing of their reply/response brief until June 27, 2022.  The basis of this request is family obligations of counsel for the Burns Paiute Tribe.  Tribal Plaintiffs inquired whether there was any objection to this request and no party to this case objected.

For these reasons, Tribal Plaintiffs request the Court for an order extending the time to file their joint reply/response brief until June 27, 2022, as set forth above.

Dated this 16th day of June 2022.

EICHSTAEDT LAW OFFICE

By:/s/*Rick Eichstaedt*
RICK EICHSTAEDT

Attorney for Burns Paiute Tribe

/s/*William Falk*
William Falk (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony

**IT IS SO ORDERED.**

DATED: 6/17/2022

_____
CHIEF U.S. DISTRICT JUDGE MIRANDA M. DU