1   Louis M. Bubala III (Nevada Bar No. 8974)
    KAEMPFER CROWELL
2   50 West Liberty Street, Suite 700
    Reno, Nevada   89501
3   Telephone:   (775) 852-3900
    Facsimile:   (775) 327-2011
4   Email:  lbubala@kcnvlaw.com

5   Rick Eichstaedt (*Pro Hac Vice*)
    WHEAT LAW OFFICES
6   25 West Main Avenue, Suite 320
    Spokane, Washington 99201
7   Telephone:    (509) 251-1424
    Email:  rick@eichstaedtlaw.net
8
    Attorneys for the Burns Paiute Tribe
9

10

                    **UNITED STATES DISTRICT COURT**
11
                        **DISTRICT OF NEVADA**
12

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*, | ***Lead Case:*** |
| Plaintiffs, | Case No.:   3:21-cv-00080-MMD-CLB |
| *vs.* | |
| ESTER M. McCULLOUGH, *et al.*, | |
| Defendants, | |
| WESTERN WATERSHEDS PROJECT, *et al.*, | ***Consolidated with:*** |
| Plaintiffs, | Case No.:     3:21-cv-00103-MMD-CLB |
| *vs.* | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | **DECLARATION OF CHARISSE SOUCIE** |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

I, CHARISSE SOUCIE, declare as follows:

1.      I serve as a lease compliance officer, Tribal Historic Preservation Office, and oversee water issues for the Burns Paiute Tribe ("Tribe"). I am an enrolled member of the Tribe. I am over the age of 18 and competent to testify. I make this declaration based on my personal knowledge.

2.      In 2005, my last name was "Snapp," which was my married name at the time.

3.      It is my understanding that the Bureau of Land Management ("BLM") has stated that in July of 2005 I indicated that the Tribe did not want to consult with the BLM on the Winnemucca Resource Management Plan ("RMP") and that my statement was binding upon the Tribe because I was a designated cultural resource representative.

4.      Delegation of authority to speak on behalf of bind the Tribe requires a specific action of the Tribal Council and such an action never occurred.

5.      At no time during the RMP process was I designated by the Tribe as a cultural resource representative.

6.      There is no record of the Tribe ever providing the BLM with notification that I was delegated to speak on behalf of the Tribe.

7.      It is the policy of the Tribe that only the Tribal Council can speak on and therefore bind the Tribe in government-to-government consultation obligations.

8.      Whatever communications occurred between me and the BLM in 2005 were not intended to end consultation between the Tribe and BLM on other any other project in the Winnemucca District.

1    9.    The Tribe receives numerous consultation requests and must prioritize

2    consultation on projects that threaten important resources and areas to the Tribe.

3    10.    I certify under the penalty of perjury that the foregoing is true and correct.

4                    DATED this 27th day of June 2022.

5

6    _____
     CHARISSE SOUCIE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23