Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (Idaho Bar #9712), *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al., | Case No.: 3:21-cv-80-MMD-CLB |
| Plaintiffs, | (**LEAD CASE**) |
| | ENVIRONMENTAL PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY OF THE NINTH CIRCUIT'S DENIAL OF THE PETITION TO REHEAR ITS ROSEMONT MINE DECISION |
| ESTER M. MCCULLOUGH, et al., | |
| Defendants, | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

|   |   |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., ) | Case No.: 3:21-cv-103-MMD-CLB |
| Plaintiffs, ) | (**CONSOLIDATED CASE**) |
| RENO SPARKS INDIAN COLONY, et al., ) |   |
| Intervenor-Plaintiff, ) |   |
| BURNS PAIUTE TRIBE, ) |   |
| Intervenor-Plaintiff, ) |   |
| v. ) |   |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., ) |   |
| Defendants, ) |   |
| LITHIUM NEVADA CORPORATION, ) |   |
| Intervenor-Defendant. ) |   |

Plaintiffs, Western Watersheds Project, et al., (WWP) file this Notice of Supplemental Authority of the Ninth Circuit's decision denying the Petition for Rehearing/Rehearing En Banc filed by the Rosemont Copper Company of the Ninth Circuit's Opinion issued on May 12, 2022, Center for Biological Diversity v. U.S. Fish and Wildlife Service, 33 F.4th 1202 (9th Cir. 2022)(Rosemont Mine Decision).

WWP relied on the Rosemont Mine Decision in its response/reply summary judgment brief (ECF No. 264).  Federal Defendants and LNC presented their arguments on the Rosemont Mine Decision in their summary judgment reply briefs. ECF No. 267 (Federal Defendants), ECF No. 270 (LNC).

On July 27, 2022, the Rosemont Copper Company filed its Petition for Rehearing/Rehearing En Banc.  The federal government public land agency defendants did not

seek rehearing. Amicus briefs in support of Rosemont's Petition were filed by the National Mining Association, and the American Mining and Exploration Association.

On August 22, 2022, the Ninth Circuit issued its Order denying Rosemont's Petition. "The petition for panel rehearing and rehearing en banc is DENIED." Order at 2 (attached).

Respectfully submitted this 23rd day of August, 2022.

*/s/ Christopher Mixson*
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Conservation Group Plaintiffs

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar #21078)
Jeffrey C. Parsons, (Colo. Bar #30210)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

*/s/ Talasi Brooks*
Talasi B. Brooks (ISB #9712)
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

Certificate of Service

I, Roger Flynn, certify that I served the foregoing on August 23, 2022, by filing it with this Court's ECF filing system, where all parties are represented.

*/s/ Roger Flynn*

4