Laura K. Granier (SBN 7357)
Jessica Freitas (SBN 16079)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
(775) 327-3000
(775) 786-6179 fax
lkgranier@hollandhart.com
jfreitas@hollandhart.com

Hadassah M. Reimer, Esq (Wyo. Bar No. 6-3825)
*Admitted Pro Hac Vice*
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Tel: 307-734-4517
hmreimer@hollandhart.com

*Attorneys for Defendant-Intervenor
Lithium Nevada Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ESTER M. McCULLOUGH, et al.,<br><br>Defendants,<br><br>and<br><br>LITHIUM NEVADA CORP.,<br><br>Defendant-Intervenor. | *Lead Case:*<br>**Case No. 3:21-cv-00080-MMD-CLB**<br><br>**LITHIUM NEVADA CORP.'S ADDITIONAL CITATIONS** |

Pursuant to the Court's Minutes of Proceeding for the hearing held January 5, 2023, Lithium Nevada Corp. ("Lithium Nevada") files the attached additional record citations.

Dated: January 6, 2023.

/s/ *Laura K. Granier*
Laura K. Granier (SBN 7357)
Jessica Freitas (SBN 16079)
HOLLAND & HART LLP
*Attorneys for Lithium Nevada Corp.*