**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE FOR EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL [AND PROPOSED ORDER]**<br>(First Request) |

The parties to the above-captioned matter hereby stipulate to extend time for briefing on the Emergency Motions for Injunction Pending Appeal, filed by Environmental Plaintiffs, Bartell Ranch, and the Burns Paiute Tribe. Federal Defendants' and Defendant-Intervenor's Responses to Environmental Plaintiffs' motion are presently due today, February 22, 2023, under the Court's minute order entered February 21, 2023, and Environmental Plaintiffs' Reply is due by 4pm on February 23, 2023.

If the Court approves the parties' proposed schedule herein, Lithium Nevada will commit to delaying its construction schedule and commencement of ground disturbance under the January 15, 2021 Record of Decision at issue in this case until March 6th. The parties understand and agree that this commitment does not cover any work that is ongoing or remains to be completed under any prior authorizations that are not before this Court.

The parties propose that Federal Defendants' and Defendant-Intervenor's Responses to Environmental Plaintiffs' Motion for Emergency Injunction Pending Appeal will be filed by 4pm

PST on February 27, 2023. Federal Defendants and Defendant Intervenors' Responses to Bartell Ranch's and Burns Paiute Tribe's motions will be filed by 12:00 pm PST on February 28, 2023. Environmental Plaintiffs, Bartell Ranch, and the Burns Paiute Tribe will file their replies by 4pm PST on March 2, 2023.

Respectfully submitted February 22, 2023.

/s/ Talasi Brooks
Talasi B. Brooks (Idaho #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
tbrooks@westernwatersheds.org
*Attorney for Plaintiff WWP*

/s/ Roger Flynn
Roger Flynn, (CO #21078), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
*Attorneys for Plaintiffs GBRW, BRW, and WD*

/s/ Dominic Carollo
DOMINIC M. CAROLLO (Or. #093057)
*Pro Hac Vice*
Carollo Law Group LLC
P.O. Box 2456
630 SE Jackson Street, Suite 1
Roseburg, Oregon 97470
dcarollo@carollolegal.com
*Attorneys for Edward Bartell*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.
/s/ Arwyn Carroll
ARWYN CARROLL
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
arwyn.carroll@usdoj.gov
*Attorney for Federal Defendants*

/s/ Laura Granier
LAURA K. GRANIER (SBN 7357)
ERICA K. NANNINI (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Lithium Nevada Corp.*

/s/ Rick Eichstaedt
Rick Eichstaedt (Washington Bar No. 36487)
WHEAT LAW OFFICES
25 West Main Avenue, Suite 320

Spokane, Washington 99201
rick@wheatlawoffice.com
*Attorneys for Burns Paiute Tribe*

**IT IS SO ORDERED.**

DATED: _____

                                          CHIEF U.S. DISTRICT JUDGE MIRANDA M. DU