UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** NEVADA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-103 (consolidated with 3:21-cv-00080)

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 2/26/2021

Date of judgment or order you are appealing: 2/6/2023, 2/7/2023, 2/24/2023

Docket entry number of judgment or order you are appealing: 279, 280, 298

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Western Watersheds Project, Great Basin Resource Watch, Basin and Range Watch, Wildlands Defense

Is this a cross-appeal?  ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Talasi B. Brooks            **Date** 2/27/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                                Rev. 06/09/2022