**REPRESENTATION STATEMENT**

**Plaintiffs-Appellants' Counsel**

All Plaintiffs-Appellants are represented by:
Christopher Mixson
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Plaintiffs-Appellants Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense are represented by:

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Plaintiff-Appellant Western Watersheds Project is represented by:
Talasi B. Brooks
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208) 336-9077
tbrooks@westernwatersheds.org

**Intervenor-Plaintiffs-Appellants' Counsel**

Intervenor Plaintiff-Appellant Reno-Sparks Indian Colony is represented by:

**Terry Jonathan Lodge**
316 N. Michigan St.
Suite 520
Toledo, OH 43604
419-205-7084
tjlodge50@yahoo.com

**Victoria T. Oldenburg**
Oldenburg Law Office
PO Box 17422
Reno, NV 89511
775-971-4245

vicky@oldenburglawoffice.com

**William Falk**
2980 Russet Sky Trail
Castle rock, CO
319 830 6086
falkwilt@gmail.com

Intervenor Plaintiff Burns Paiute Tribe is represented by:

**Richard Kirk Eichstaedt**
(Eichstaedt Law Office, PLLC
25 West Main Avenue, Suite 320
Spokane, WA 99201
509-209-2605
rick@eichstaedtlaw.net

**Louis Martin Bubala , III**
Kaempfer Crowell
50 W. Liberty St., Ste. 700
Reno, NV 89501
775-852-3900
lbubala@kcnvlaw.com

**Defendants-Appellees' Counsel**

Defendants-Appellees Ester McCullough, Bureau of Land Management, and U.S. Department of Interior are represented by:

Amelia G. Yowell
Attorney, Appellate Section
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044
(202) 514-5580
amelia.yowell@usdoj.gov

Benjamin Richmond
Attorney, Appellate Section
Environment and Natural Resources Division
(202) 514-3977
benjamin.richmond@usdoj.gov

Arwyn Carroll
US Department of Justice

2

Environment & Natural Resources Division
150 M Street NE
Washington, DC 20002
(202) 305-0465
arwyn.carroll@usdoj.gov

Leilani Doktor
Department of Justice
PO Box 7611
Washington, DC 20044-7611
202-305-0447
leilani.doktor@usdoj.gov

Michael Keith Robertson
Department of Justice
Environment and Natural Resources Division
150 M Street, NE
Washington, DC 20002
202-305-9609
michael.robertson@usdoj.gov

**Intervenor-Defendants-Appellees' Counsel:**

Intervenor-Defendant-Appellee Lithium Nevada Company is represented by:

Laura Granier
Jessica Freitas
Erica Kristen Nannini
Hadassah M Reimer
5441 Kietzke Ln., 2nd Floor
Reno NV 89511
(775) 327-3000
lkgranier@hollandhart.com
jlfreitas@hollandhart.com
eknannini@hollandhart.com
hmreimer@hollandhart.com

3