UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WESTERN WATERSHEDS
PROJECT; et al.,

          Plaintiffs - Appellants,

 and

BARTELL RANCH LLC and
EDWARD BARTELL,

          Plaintiffs,

RENO-SPARKS INDIAN
COLONY; et al.,

          Intervenor-Plaintiffs,

 v.

ESTER M. MCCULLOUGH,
District Manager; et al.,

          Defendants - Appellees,

LITHIUM NEVADA
CORPORATION,

          Intervenor-Defendant - Appellee.

No. 23-15259

D.C. Nos. 3:21-cv-00080-MMD-CLB,
3:21-cv-00103-MMD-CLB
U.S. District Court for Nevada, Reno

**MANDATE**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; et al., <br><br>    Plaintiffs, <br><br>RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU PEOPLE OF RED MOUNTAIN, <br><br>    Intervenor-Plaintiffs, <br><br>and <br><br>BURNS PAIUTE TRIBE, <br><br>    Intervenor-Plaintiff - Appellant, <br><br> v. <br><br>ESTER M. MCCULLOUGH, District Manager; et al., <br><br>    Defendants - Appellees, <br><br>LITHIUM NEVADA CORPORATION, <br><br>    Intervenor-Defendant - Appellee. | No. 23-15261 <br><br>D.C. Nos. 3:21-cv-00080-MMD-CLB, 3:21-cv-00103-MMD-CLB <br><br>U.S. District Court for Nevada, Reno |
| BARTELL RANCH LLC and EDWARD BARTELL, <br><br>    Plaintiffs - Appellants, <br><br>and | No. 23-15262 <br><br>D.C. Nos. 3:21-cv-00080-MMD-CLB, 3:21-cv-00103-MMD-CLB <br><br>U.S. District Court for Nevada, Reno |

WESTERN WATERSHEDS
PROJECT; et al.,

        Plaintiffs,

RENO-SPARKS INDIAN
COLONY; et al.,

        Intervenor-Plaintiffs,

 v.

ESTER M. MCCULLOUGH,
District Manager; et al.,

        Defendants - Appellees,

LITHIUM NEVADA
CORPORATION,

        Intervenor-Defendant - Appellee.

The judgment of this Court, entered July 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT