O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468

*Local Counsel for Plaintiffs*

DOMINIC M. CAROLLO (Or. Bar. No. 093057)
*Pro Hac Vice*
dcarollo@carollolegal.com
Carollo Law Group LLC
Mail:   P.O. Box 2456
        Roseburg, OR 97470
Office: 2315 Old Highway 99 South
        Roseburg, OR 97471
Ph: (541) 957-5900
Fax: (541) 957-5923

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BARTELL RANCH, LLC,** a Nevada limited liability company and **EDWARD BARTELL**, <br><br> Plaintiffs <br><br> vs. <br><br> **ESTER M. MCCULLOUGH**, Winnemucca District Manager, **BUREAU OF LAND MANAGEMENT**, <br><br> Defendants, <br><br> and <br><br> **LITHIUM NEVADA CORP.**, <br> Defendant-Intervenor. | Case No.: 3:21-cv-00080-MMD-CLB <br><br><br> **JOINT MOTION BY BARTELL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING OF BARTELL PLAINTIFFS' EAJA MOTION** |

1    Plaintiffs Bartell Ranch and Edward Bartell ("Bartell Plaintiffs") and Federal Defendants
2 the United States Bureau of Land Management and Ester M. McCullough ("Defendants") hereby
3 move to stay briefing on Bartell Plaintiffs' Motion/Petition for Attorneys' Fees under the Equal
4 Access to Justice Act ("EAJA") to allow for settlement discussions on the motion to proceed.

5    Bartell Plaintiffs filed their motion/petition for attorneys' fees under EAJA on November
6 10, 2023. Defendants' response is therefore due November 24, 2023. Bartell Plaintiffs and
7 Defendants desire an amicable resolution of Bartell Plaintiffs' EAJA motion. Bartell Plaintiffs'
8 motion is a "placeholder" designed to satisfy the EAJA motion deadline while allowing the parties
9 to negotiate over fees. *See Greenpeace v. Stewart*, No. 17-35945, 2020 WL 2465321, *4-5 (9th
10 Cir. Commissioner, May 12, 2020) (approving use of EAJA placeholder motion).

11    Bartell Plaintiffs and Defendants will quickly engage in negotiations to try and resolve
12 Bartell Plaintiffs' EAJA motion. While negotiations are ongoing Bartell Plaintiffs and Defendants
13 propose to stay all briefing. In the event that settlement negotiations are unsuccessful, Bartell
14 Plaintiffs and Defendants will inform the Court and file a joint schedule which would allow Bartell
15 Plaintiffs to amend its EAJA motion, submit supporting evidence, and create a briefing schedule.

16    Bartell Plaintiffs and Defendants move the Court for an order finding:

17    1. That briefing on Bartell Plaintiffs' EAJA motion is stayed;
18    2. Bartell Plaintiffs and Defendants will submit a status report updating the Court on the
19       progress of EAJA negotiations within 60 days of the Court's order on this Joint Motion;
20       and
21    3. If settlement is unsuccessful, Bartell Plaintiffs and Defendants will file a joint schedule for
22       Bartell Plaintiffs to amend their EAJA motion, submit additional supporting evidence, and
23       creating a briefing schedule.

Page **1**

1 | Respectfully submitted this 13th day of November, 2023.

2 | */s/ Dominic M. Carollo*
DOMINIC M. CAROLLO (Or. Bar. No. 093057)   O. Kent MAHER (Nev. Bar No. 316)
3 | *Pro Hac Vice*                          kent@winnemuccalaw.com
dcarollo@carollolegal.com                   PO Box 130
4 | Carollo Law Group LLC                   33 W Fourth Street
Mail: P.O. Box 2456                         Winnemucca, Nevada 89446
5 |     Roseburg, OR 97470    Ph: (775) 623-527
Office: 2315 Old Highway 99 South           *Of Attorneys for Plaintiffs*
6 |     Roseburg, OR 97471
Ph: (541) 957-5900
7 | *Of Attorneys for Plaintiffs*

8 |

9 | */s/ Michael K. Robertson*
Michael K. Robertson (DC Bar 1017183)
10 | Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
11 | Washington, D.C. 20044-7611
202-305-9609
12 | michael.robertson@usdoj.gov
*Attorney for Federal Defendants*

13
14
15
16
17
18
19
20
21
22
23
24

Page **2**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023 I filed the foregoing **JOINT MOTION BY BARTELL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING OF BARTELL PLAINTIFFS' EAJA MOTION** using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

/s/Dominic Carollo_____
DOMINIC M. CAROLLO (Or. Bar No. 093057)
[*Pro Hac Vice*]

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:   November 13, 2023

_____
CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU

Page **3**