Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (ISB#9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ESTER M. MCCULLOUGH, et al., <br><br> Defendants, <br> and <br><br> LITHIUM NEVADA CORPORATION, <br><br> Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB (**LEAD CASE**) <br><br> **JOINT MOTION BY ENVIRONMENTAL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND EXPENSES** |

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB (**CONSOLIDATED CASE**) |
| Plaintiffs, | |
| and | |
| RENO SPARKS INDIAN COLONY, | |
| Intervenor-Plaintiff, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

Plaintiffs Western Watersheds Project, et al. (WWP), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Motion to stay briefing on WWP's Motion for attorneys' fees and expenses, in order to facilitate negotiations that may result in settlement of WWP's Motion.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (EAJA), WWP filed its Motion on November 10, 2023 (ECF No. 309). The Federal Defendants' response to WWP's Motion is due on November 24, 2023. In order to meet EAJA's filing deadline, 28 U.S.C. §2412(d)(1)(B), and in support of potential settlement, WWP filed a "placeholder" fees motion, meeting the requirements of EAJA, while allowing the parties to pursue settlement and avoid

further briefing and evidence submittals while negotiations continue. *See* Greenpeace v. Stewart, No. 17-35945, 2020 WL 2465321, *4-5 (9th Cir. Commissioner, May 12, 2020)(approving use of placeholder fees motion to facilitate settlement).

WWP and the Federal Defendants are currently engaged in negotiations and propose that briefing be stayed while these discussions are ongoing. In the event that a settlement cannot be reached, the parties further propose that WWP and the Federal Defendants will inform the Court and, at that time, file a joint schedule to allow WWP to amend its Motion and submit additional declarations and materials in support of its Motion, as well as a schedule for the Federal Defendants' response and WWP's reply.

Accordingly, WWP and the Federal Defendants respectfully request that this Court issue an Order such that:

1. Briefing on WWP's Motion is stayed;

2. The parties will submit a status report on the potential settlement of WWP's Motion within 60 days of the date of this Court's Order on this Joint Motion; and

3. If settlement cannot be reached, WWP and the Federal Defendants will file a joint schedule for WWP to amend its Motion, and include additional declarations and materials in support, as well as for the Federal Defendants' response and WWP's reply.

Respectfully submitted this 10th day of November, 2023.

*/s/ Roger Flynn*
Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org

Attorneys for GBRW, BRW, WD

Talasi B. Brooks (ISB#9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

*/s/ Michael K. Roberston* (signed with permission)
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

Attorney for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 10th day of November, 2023.

/s/ *Roger Flynn*
Roger Flynn

**IT IS SO ORDERED.**

DATED: November 13, 2023

CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU

4