**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BARTELL RANCH, LLC, et al.,

        Plaintiff(s),

vs.

ESTER M. MCCULLOUGH, et al.,

        Defendant(s).

Case # 3:21-cv-80-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jaimie Lynn Park_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Western Watersheds Project_____
(firm name)

with offices at _____P.O. Box 37198_____,
(street address)

_____Albuquerque_____, _____New Mexico_____, _____87110_____,
(city) (state) (zip code)

_____(505) 750-0334_____, _____jaimie@westernwatersheds.org_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Western Watersheds Project_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __04/28/2015__, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of _New Mexico_ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Montana | 07/17/2012 | 12154 |
| 10th Circuit Court of Appeals | 09/05/2018 | |
| 9th Circuit Court of Appeals | 01/02/2024 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of New Mexico; State Bar of Montana.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/18/23 | No. 2:23-cv-02009-GMN-EJY | | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New Mexico )
COUNTY OF Bernalillo )

_____Jaimie Lynn Park_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__5__ day of __February__, __2024__.

_____
Notary Public or Clerk of Court

JORDAN ARMENTA
Notary Public - State of New Mexico
Commission # 1132883
My Comm. Expires March 18, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Christopher Mixson__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__3800 Howard Hughes Parkway, #1700__,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city) (state) (zip code)

__(702) 385-6000__, __c.mixson@kempjones.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Christopher Mixson_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____*[signature]*_____
(party's signature)

Erik Molvar, Executive Director, Western Watersheds
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*[signature]*_____
Designated Resident Nevada Counsel's signature

10685                c.mixson@kempjones.com
Bar number           Email address

APPROVED:

Dated: this __7th__ day of __February__, 20__24__.

_____*[signature]*_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*IN THE SUPREME COURT OF THE STATE OF NEW MEXICO*

# *Certificate*

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

    I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **JAIMIE PARK** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **April 28, 2015**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

    "Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license.  This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 16th day of January, 2024.

*Elizabeth A. Garcia*
Chief Clerk of the Supreme Court
of the State of New Mexico

By: *Jessica Gilmore*
Deputy Clerk

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Jaimie Lynn Park

was admitted to the State Bar of Montana on July 17, 2012 and that their name currently appears on the Roll of Attorneys in this office as a/an Inactive Attorney member in good standing*.

Dated this day of December 06, 2023

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.