Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense*

Jamie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ESTER M. MCCULLOUGH, et al., <br><br>  Defendants, <br> and <br><br> LITHIUM NEVADA CORPORATION, <br><br>  Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB <br> (**LEAD CASE**) <br><br> **ORDER GRANTING JOINT MOTION BY ENVIRONMENTAL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

1

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br>         Plaintiffs, <br><br>and <br><br>RENO SPARKS INDIAN COLONY, <br><br>         Intervenor-Plaintiff, <br><br>and <br><br>BURNS PAIUTE TRIBE, <br><br>         Intervenor-Plaintiff, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br>         Defendants, <br><br>and <br><br>LITHIUM NEVADA CORPORATION, <br><br>         Intervenor-Defendant. | Case No.: 3:21-cv-103-MMD-CLB <br>(**CONSOLIDATED CASE**) |

Plaintiffs Western Watersheds Project, et al. (WWP or Environmental Plaintiffs), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Motion and Status Report to continue the stay of briefing on WWP's Motion for attorneys' fees and expenses, in order to facilitate negotiations that may result in settlement of WWP's fees Motion.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (EAJA), WWP filed its fees Motion on November 10, 2023 (ECF No. 309). In order to meet EAJA's filing deadline, 28 U.S.C. §2412(d)(1)(B), and in support of potential settlement, WWP filed a "placeholder" fees motion, meeting the requirements of EAJA, while allowing the parties to pursue settlement and

2

avoid further briefing and evidence submittals while negotiations continue. *See* <u>Greenpeace v. Stewart</u>, No. 17-35945, 2020 WL 2465321, *4-5 (9th Cir. Commissioner, May 12, 2020)(approving use of placeholder fees motion to facilitate settlement).

Pursuant to this Court's Order (ECF No. 317) approving WWP's and the Federal Defendants' previous joint status report and motion to extend the deadlines regarding WWP's fees Motion, this status report is due February 26, 2024.

WWP and the Federal Defendants are currently engaged in negotiations and propose that briefing be continued to be stayed while these discussions are ongoing. In the event that a settlement cannot be reached, WWP and the Federal Defendants further propose that WWP and the Federal Defendants will inform the Court and, at that time, file a joint schedule to allow WWP to amend its fees Motion and submit additional declarations and materials in support of its Motion, as well as a schedule for the Federal Defendants' response and WWP's reply.

Accordingly, WWP and the Federal Defendants respectfully request that this Court issue an Order such that:

1. Briefing on WWP's Motion continues to be stayed;

2. The parties will submit a status report on the potential settlement of WWP's Motion within 60 days of the date of this Court's Order on this Joint Motion; and

3. If settlement cannot be reached, WWP and the Federal Defendants will file a joint schedule for WWP to amend its Motion, and include additional declarations and materials in support, as well as for the Federal Defendants' response and WWP's reply.

Respectfully submitted this 21st day of February, 2024.

*/s/ Roger Flynn*
Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2

Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org

*Attorneys for GBRW, BRW, WD*

Jamie Park *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

*/s/ Michael K. Roberston* (signed with permission)
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

*Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 21st day of February, 2024.

/s/ *Roger Flynn*

**IT IS SO ORDERED.**

DATED: ___Februray 22, 2024___

_____
CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU

4