O. KENT MAHER (Nev. Bar No. 316)
kent@winnemuccalaw.com
PO Box 130
33 W Fourth Street
Winnemucca, Nevada 89446
Ph: (775) 623-5277
Fax: (775) 623-2468

*Local Counsel for Plaintiffs*

DOMINIC M. CAROLLO (Or. Bar. No. 093057)
*Pro Hac Vice*
dcarollo@carollolegal.com
Carollo Law Group LLC
Mail:   P.O. Box 2456
        Roseburg, OR 97470
Office: 2315 Old Highway 99 South
        Roseburg, OR 97471
Ph: (541) 957-5900
Fax: (541) 957-5923

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BARTELL RANCH, LLC,** a Nevada limited liability company and **EDWARD BARTELL**,<br><br>          Plaintiffs<br><br>vs.<br><br>**ESTER M. MCCULLOUGH**, Winnemucca District Manager, **BUREAU OF LAND MANAGEMENT**,<br><br>          Defendants,<br><br>  and<br><br>**LITHIUM NEVADA CORP.**,<br>          Defendant-Intervenor. | Case No.: 3:21-cv-00080-MMD-CLB<br><br><br>**JOINT MOTION BY BARTELL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING OF BARTELL PLAINTIFFS' EAJA MOTION** |

1    Plaintiffs Bartell Ranch and Edward Bartell ("Bartell Plaintiffs") and Federal Defendants

2    the United States Bureau of Land Management and Ester M. McCullough ("Defendants") hereby

3    jointly move to stay briefing on Bartell Plaintiffs' Motion/Petition for Attorneys' Fees under

4    the Equal Access to Justice Act ("EAJA") to facilitate the continuance of settlement discussions.

5    Bartell Plaintiffs filed their "placeholder" motion/petition for attorneys' fees under EAJA

6    on November 10, 2023. *See Greenpeace v. Stewart*, No. 17-35945, 2020 WL 2465321, *4-5 (9th

7    Cir. Commissioner, May 12, 2020) (approving use of EAJA placeholder motion). Bartell

8    Plaintiffs and Defendants subsequently filed a joint motion to stay briefing on Bartell

9    Plaintiffs' motion/petition for attorneys' fees. Pursuant to this Court's order (ECF No. 313)

10   approving the joint motion to stay, a status report is due February 26, 2024.

11   Bartell Plaintiffs and Defendants continue to engage in settlement discussions, and a

12   settlement offer has been tentatively accepted. Bartell Plaintiffs and Defendants are moving

13   forward in confirming the settlement of Bartell Plaintiffs' fees. Bartell Plaintiffs and

14   Defendants therefore propose that briefing on Bartell Plaintiffs' Motion/Petition for Attorneys'

15   Fees continue to be stayed while settlement discussions are ongoing, provided that if a

16   settlement cannot be reached Defendants will inform the Court and, at that time, file a joint

17   schedule which would allow Bartell Plaintiffs to amend its EAJA motion, submit supporting

18   evidence, and create a briefing schedule.

19   Accordingly, Bartell Plaintiffs and Defendants move the Court for an order finding:

20   1.  That briefing on Bartell Plaintiffs' EAJA motion continue to be stayed;

21   2.  Bartell Plaintiffs and Defendants will submit a status report updating the Court on the

22   progress of EAJA negotiations within 60 days of the Court's order on this Joint Motion;

23   and

Page **1**

1     3.  If settlement is unsuccessful, Bartell Plaintiffs and Defendants will file a joint schedule for

2          Bartell Plaintiffs to amend their EAJA motion, submit additional supporting evidence, and

3          creating a briefing schedule.

4   Respectfully submitted this 26th day of February, 2024.

5   */s/ Dominic M. Carollo*
    DOMINIC M. CAROLLO (Or. Bar. No. 093057)          O. Kent MAHER (Nev. Bar No. 316)
6   *Pro Hac Vice*                                     kent@winnemuccalaw.com
    dcarollo@carollolegal.com                          PO Box 130
7   Carollo Law Group LLC                              33 W Fourth Street
    Mail: P.O. Box 2456                                Winnemucca, Nevada 89446
8        Roseburg, OR 97470                            Ph: (775) 623-527
    Office: 2315 Old Highway 99 South                  *Of Attorneys for Plaintiffs*
9        Roseburg, OR 97471
    Ph: (541) 957-5900
10  *Of Attorneys for Plaintiffs*

11

12  */s/ Michael K. Robertson*
    Michael K. Robertson (DC Bar 1017183)
13  Trial Attorney, U.S. Department of Justice, Natural Resources Section
    P.O. Box 7611
14  Washington, D.C. 20044-7611
    202-305-9609
15  michael.robertson@usdoj.gov
    *Attorney for Federal Defendants*

16

17

18

19

20

21

22

23

24

Page **2**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024 I filed the foregoing **JOINT MOTION BY BARTELL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING OF BARTELL PLAINTIFFS' EAJA MOTION** using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

/s/Dominic Carollo_____
DOMINIC M. CAROLLO (Or. Bar No. 093057)
[*Pro Hac Vice*]

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: ___February 26/2024___

_____
CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU