1 Christopher Mixson (NV Bar#10685)
2 KEMP JONES, LLP
3 3800 Howard Hughes Parkway, Suite 1700
   Las Vegas, Nevada 89169
4 702-385-6000
   c.mixson@kempjones.com
5
6 *Attorney for Plaintiffs*
7 Roger Flynn, *Pro Hac Vice*
   Jeffrey C. Parsons, *Pro Hac Vice*
8 WESTERN MINING ACTION PROJECT
   P.O. Box 349, 440 Main St., #2
9 Lyons, CO 80540
   (303) 823-5738
10 wmap@igc.org
11
12 *Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense*
13 Jamie Park, *Pro Hac Vice*
   WESTERN WATERSHEDS PROJECT
14 P.O. Box 37198
   Albuquerque, NM 87110-9998
15 (505) 750-0334
   jaimie@westernwatersheds.org
16
17 *Attorney for Western Watersheds Project*
18                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
19

20   BARTELL RANCH LLC, et al.,                    Case No.: 3:21-cv-80-MMD-CLB
                                                   **(LEAD CASE)**
21                       Plaintiffs,

22       v.                                        **JOINT MOTION BY
                                                   ENVIRONMENTAL PLAINTIFFS AND
23   ESTER M. MCCULLOUGH, et al.,                  FEDERAL DEFENDANTS FOR STAY
                                                   OF BRIEFING ON PLAINTIFFS'
24                       Defendants,               MOTION FOR ATTORNEYS' FEES
     and                                           AND EXPENSES**
25
26   LITHIUM NEVADA CORPORATION,

27                       Intervenor-Defendant
28

                                           1

WESTERN WATERSHEDS PROJECT, et al.,

              Plaintiffs,

and

RENO SPARKS INDIAN COLONY,

              Intervenor-Plaintiff,

and

BURNS PAIUTE TRIBE,

              Intervenor-Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

              Defendants,

and

LITHIUM NEVADA CORPORATION,

              Intervenor-Defendant.

Case No.: 3:21-cv-103-MMD-CLB
(**CONSOLIDATED CASE**)

     Plaintiffs Western Watersheds Project, et al. (WWP or Environmental Plaintiffs), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Motion and Status Report to continue the stay of briefing on WWP's Motion for attorneys' fees and expenses to facilitate negotiations that may result in settlement of WWP's fees Motion. This Motion proposes a shorter stay and schedule that will allow the Court to resolve WWP's Motion for attorneys' fees by the end of September, in compliance with the Court's Order issued June 17, 2024 (ECF No. 331).

     Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (EAJA), WWP filed its fees Motion on November 10, 2023 (ECF No. 309).  In order to meet EAJA's filing deadline, 28

U.S.C. §2412(d)(1)(B), and in support of potential settlement, WWP filed a "placeholder" fees motion, meeting the requirements of EAJA, while allowing the parties to pursue settlement and avoid further briefing and evidence submittals while negotiations continue. *See* Greenpeace v. Stewart, No. 17-35945, 2020 WL 2465321, *4-5 (9th Cir. Commissioner, May 12, 2020)(approving use  of placeholder fees motion to facilitate settlement).

Pursuant to this Court's Order (ECF No. 327) approving WWP's and the Federal Defendants' previous joint status report and motion to extend the deadlines regarding WWP's fees Motion, this status report is due June 19, 2024. Environmental Plaintiffs and the Federal Defendants filed a fifth Joint Motion for Stay on Briefing of Plaintiffs' Motion for Attorneys' Fees and Expenses on June 13, 2024 (ECF No. 330).

The Court denied our Joint Motion (ECF No. 330) on June 17, 2024 without prejudice "to the parties proposing a shorter stay and schedule that would allow the Court to resolve the Motion by the end of September" (ECF No. 331). As stated above, Environmental Plaintiffs and the Federal Defendants therefore file this new Joint Motion and Status Report to comply with the Court's deadline provided in the Court's Order (*Id*.).

WWP and the Federal Defendants are currently engaged in negotiations and propose that briefing be continued to be stayed while these discussions are ongoing.  In the event that a settlement cannot be reached, WWP and the Federal Defendants further propose that WWP and the Federal Defendants will inform the Court and, at that time, file a joint schedule to allow WWP to amend its fees Motion and submit additional declarations and materials in support of its Motion, as well as a schedule for the Federal Defendants' response and WWP's reply.

Accordingly, WWP respectfully request that this Court issue an Order such that:

1.      Briefing on WWP's Motion continues to be stayed;

2.      The parties will submit a status report on the potential settlement of WWP's

1  Motion within 30 days of the date of this Court's Order on this Joint Motion; and

2       3.     If settlement cannot be reached, WWP and the Federal Defendants will file an

3  expedited joint schedule for WWP to amend its Motion, and include additional declarations and

4  materials in support, as well as for the Federal Defendants' response and WWP's reply, that will

5  allow the Court to resolve the Motion by the end of September 2024 pursuant to the Court's

6  Order (ECF. 331).

7       Respectfully submitted this 19th day of June, 2024.

8

9  /s/ Jaimie Park
Jaimie Park *Pro Hac Vice*

10 WESTERN WATERSHEDS PROJECT
P.O. Box 37198

11 Albuquerque, NM 87110-9998
(505) 750-0334

12 jaimie@westernwatersheds.org

13 *Attorney for Western Watersheds Project*

14 Roger Flynn

15 Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT

16 P.O. Box 349, 440 Main St., #2
Lyons, CO 80540

17 (303) 823-5738
roger@wmaplaw.org

18 *Attorneys for GBRW, BRW, WD*

19 Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP

20 3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169

21 702-385-6000
c.mixson@kempjones.com

22 *Attorney for Plaintiffs*

23

24

25

26

27

28

4

_/s/ Michael K. Roberston_ *(signed with permission)*
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

*Attorney for Federal Defendants*

### CERTIFICATE OF SERVICE

I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 19th day of June, 2024.

_/s/ Jaimie Park_____

**IT IS SO ORDERED.**

DATED: _____

_____
CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU