Case 3:21-cv-00080-MMD-CLB    Document 337    Filed 07/22/24    Page 1 of 4


Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense*

Jamie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>Defendants,<br><br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br>**ORDER GRANTING<br>JOINT STATUS REPORT AND MOTION BY ENVIRONMENTAL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

1

|  |  |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB |
| Plaintiffs, | (**CONSOLIDATED CASE**) |
| and | |
| RENO SPARKS INDIAN COLONY, | |
| Intervenor-Plaintiff, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

Pursuant to this Court's Order approving the parties' Joint Motion to Stay Briefing on the Environmental Plaintiffs' Motion for Attorneys Fees, ECF No. 335 (June 20, 2024), Plaintiffs Western Watersheds Project, et al. (WWP or Environmental Plaintiffs), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Status Report and Motion to continue the stay of briefing on WWP's Motion for attorneys' fees and expenses.

**WWP and the Federal Defendants have reached an agreement in principle to settle WWP's Fees Motion.** However, further agency approvals are needed to finalize, sign the

agreement and issue payment to WWP.  Upon payment, WWP will withdraw its pending Fees Motion.

The parties are aware of this Court's previous Minute Order regarding timing considerations for the resolution of WWP's Fees Motion (ECF No. 331), and have expedited settlement discussions and resolution of the Fees Motion.  The parties anticipate final settlement and payment of the agreed-upon amount, and then WWP's withdrawal of the Fees Motion, prior to September 30, 2024.

Accordingly, the parties respectfully request an additional stay of briefing of thirty days (30) to allow Federal Defendants the opportunity to approve the settlement in principle and issue payment, and for this Court to issue an Order such that:

1. Briefing on WWP's Motion continues to be stayed;

2. The parties will submit a status report on the potential settlement of WWP's Motion within 30 days of the date of this Court's Order on this Joint Motion; and

3. In the unlikely event that settlement cannot be finalized, WWP and the Federal Defendants will file a joint schedule for WWP to amend its Motion, and include additional declarations and materials in support, as well as for the Federal Defendants' response and WWP's reply.

Respectfully submitted this 19th day of July, 2024.

*/s/Jamie Park*
Jamie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

IT IS SO ORDERED

DATED this 22nd day of July 2024.

_____
CHIEF U.S. DISTRICT JUDGE MIRANDA M. DU

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for GBRW, BRW, WD*

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

/s/ Michael K. Roberston *(signed with permission)*
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

*Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 19th day of July, 2024.

/s/ Jaimie Park