Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense*

Jamie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br><br>**ORDER GRANTING JOINT STATUS REPORT, *NOTICE OF SETTLEMENT*, AND MOTION BY ENVIRONMENTAL PLAINTIFFS AND FEDERAL DEFENDANTS FOR STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB |
| Plaintiffs, | (**CONSOLIDATED CASE**) |
| and | |
| RENO SPARKS INDIAN COLONY, | |
| Intervenor-Plaintiff, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

Pursuant to this Court's Order approving the parties' Joint Motion to Stay Briefing on the Environmental Plaintiffs' Motion for Attorneys Fees, ECF No. 337 (July 22, 2024), Plaintiffs Western Watersheds Project, et al. (WWP or Environmental Plaintiffs), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Status Report and Motion to continue the stay of briefing on WWP's Motion for attorneys' fees and expenses.

**WWP and the Federal Defendants have reached a final agreement to settle WWP's Fees Motion.** Pursuant to that agreement, the federal government is expected to issue payment to WWP in the coming days. Upon payment, WWP will withdraw its pending Fees Motion. The

2

parties anticipate completing the payment-related terms of the agreement within the next fourteen (14).

Accordingly, the parties respectfully request an additional stay of briefing of 14 days to effectuate the payment and withdrawal of the Fees Motion.

Respectfully submitted this 21st day of August, 2024.

*/s/ Roger Flynn*
Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for GBRW, BRW, WD*

Jamie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

*/s/ Michael K. Roberston* (signed with permission)
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

     I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 21st day of August, 2024.

                                       */s/ Roger Flynn*

**IT IS SO ORDERED.**

DATED: August 21, 2024.

_____
CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU