Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense*

Jaimie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ESTER M. MCCULLOUGH, et al.,<br><br>       Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>       Intervenor-Defendant | Case No.: 3:21-cv-80-MMD-CLB<br>(**LEAD CASE**)<br><br>**ORDER GRANTING JOINT REQUEST FOR SEVEN DAY EXTENSION TO ALLOW FOR PAYMENT OF FEES SETTLEMENT** |

1

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-103-MMD-CLB (**CONSOLIDATED CASE**) |
| Plaintiffs, | |
| and | |
| RENO SPARKS INDIAN COLONY, | |
| Intervenor-Plaintiff, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

Pursuant to this Court's Order approving the parties' Joint Motion to Stay Briefing on the Environmental Plaintiffs' Motion for Attorneys Fees, ECF No. 339 (August 21, 2024), Plaintiffs Western Watersheds Project, et al. (WWP or Environmental Plaintiffs), and the Federal Defendants, the United States Bureau of Land Management et al. (BLM), file this Joint Status Report and Motion to continue the stay of briefing on WWP's Motion for attorneys' fees and expenses.

A brief extension of 7 days is needed in order for the Federal Defendants to effectuate payment of the agreed-upon settlement amount, which has yet to occur. Upon payment, WWP

will withdraw its pending Fees Motion.  The parties anticipate completing the payment-related terms of the agreement within the next seven days.

Accordingly, the parties respectfully request an additional stay of briefing of 7 days, until September 11, 2024, to effectuate the payment and withdrawal of the Fees Motion.

Respectfully submitted this 4th day of September, 2024.

*/s/ Jaimie Park*
Jaimie Park, *Pro Hac Vice*
WESTERN WATERSHEDS PROJECT
P.O. Box 37198
Albuquerque, NM 87110-9998
(505) 750-0334
jaimie@westernwatersheds.org

*Attorney for Western Watersheds Project*

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for GBRW, BRW, WD*

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorney for Plaintiffs*

*/s/ Michael K. Roberston* (signed with permission)
Michael K. Robertson (DC Bar 1017183)
Trial Attorney, U.S. Department of Justice, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-9609
michael.robertson@usdoj.gov

*Attorney for Federal Defendants*

**IT IS SO ORDERED.**

DATED: September 5, 2024

CHIEF U.S. DISTRICT JUDGE
MIRANDA M. DU

## **CERTIFICATE OF SERVICE**

    I hereby attest that I served the foregoing on counsel of record for all parties via the Court's CM/ECF system, this 4th day of September, 2024.

*/s/ Jamie Park*